UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lakesha Walker

Case No.: 19-29415
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED PRIVATE SALE

Lakesha Walker, the debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 401 Cooper Street, Camden, NJ, 4C

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny on November 2, 2021 at 11 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 401 Cooper Street, Camden, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 4 Du Mont Drive, Millville, New Jersey 08332

Proposed Purchaser: Shanah Peyton

Sale price: $247,900.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Lisa Luster & Jacqueline Capoferri
Amount to be paid: each 3% Commission based on net sales price
Services rendered: Legal Representation for the sale of 4 Du Mont Drive, Millville, New Jersey 08332

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Lee M. Perlman, Esquire

Address: 1926 Greentree Road, Suite 100, Cherry Hill, New Jersey 08003

Telephone No.: 856-751-4224

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-29415-JNP
Lakesha N. Walker                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3
Date Rcvd: Oct 01, 2021                       Form ID: pdf905                      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol   Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakesha N. Walker, 4 Du Mont Drive, Millville, NJ 08332-9410 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518995891 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518606007 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518510422 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 518510425 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518510428 | #+ | Mr. Amazing Loans, 3960 Howard Hughes Parkway, Suite 490, Las Vegas, NV 89169-5973 |
| 518532205 | + | Nicholas V. Rogers, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518510434 | + | Uplift -Spirit, 801 El Camino Real, Menlo Park, CA 94025-4807 |
| 518608699 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518510435 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2021 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2021 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518510412 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Oct 01 2021 21:16:00 | Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518620725 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 01 2021 21:16:00 | CARFINANCE CAPITAL, P O BOX 3807, COPPELL, TX 75019-5877 |
| 518510417 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Oct 01 2021 21:16:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 518573886 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2021 21:19:10 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518510416 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2021 21:19:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564058 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 01 2021 21:32:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518510418 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2021 21:16:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518510419 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 19-29415-JNP   Doc 41   Filed 10/03/21   Entered 10/04/21 00:14:21   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: pdf905 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 01 2021 21:19:14 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518510420 | + | Email/PDF: pa_dc_ed@navient.com | Oct 01 2021 21:19:25 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518579859 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2021 21:19:23 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518510421 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 01 2021 21:16:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 518573854 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2021 21:32:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518510423 | + | Email/Text: Documentfiling@lciinc.com | Oct 01 2021 21:16:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518510426 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 01 2021 21:16:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518510427 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2021 21:19:23 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518510429 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2021 21:19:12 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518510430 | + | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 21:19:17 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 518747718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518617907 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2021 21:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518510431 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2021 21:32:22 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 518532250 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2021 21:32:22 | Regional Acceptance Corporation, PO Box 1847, Wilson NC 27894-1847 |
| 518510432 | + | Email/Text: courts@southjerseyfcu.com | Oct 01 2021 21:16:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518564626 | + | Email/Text: courts@southjerseyfcu.com | Oct 01 2021 21:16:00 | South Jersey Federal Credit Union, 1615 Huffville Road, Deptford NJ 08096-6406 |
| 518510433 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:37 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518530597 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 01 2021 21:32:19 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518510413 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518510414 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |

Case 19-29415-JNP    Doc 41    Filed 10/03/21    Entered 10/04/21 00:14:21    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: pdf905 | Total Noticed: 39 |

| | | |
|---|---|---|
| 518510415 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518825420 | *+ | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518510424 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519012333 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012334 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Lakesha N. Walker ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4