# NOTICE
## TO BUYER AND SELLER
### READ THIS NOTICE BEFORE SIGNING THE CONTRACT

The Law requires real estate brokers to give you the following information before you sign this contract. It requires us to tell you that you must read all of it before you sign. The purpose is to help you in this purchase or sale.

1) As a real estate broker, I represent: ☐ the seller, not the buyer; ☒ the buyer, not the seller; ☐ both the seller and the buyer; ☐ neither the seller nor the buyer. The title company does not represent either the seller or the buyer.

2) You will not get any legal advice unless you have your own lawyer. Neither I nor anyone from the title company can give legal advice to either the buyer or the seller. If you do not hire a lawyer, no one will represent you in legal matters now or at the closing. Neither I nor the title company will represent you in those matters.

3) The contract is the most important part of the transaction. It determines your rights, risks, and obligations. Signing the contract is a big step. A lawyer would review the contract, help you to understand it, and to negotiate its terms.

4) The contract becomes final and binding unless your lawyer cancels it within the following three business days. If you do not have a lawyer, you cannot change or cancel the contract unless the other party agrees. Neither can the real estate broker nor the title insurance company change the contract.

5) Another important service of a lawyer is to order a survey, title report, or other important reports. The lawyer will review them and help to resolve any questions that may arise about the ownership and condition of the property. These reports and survey can cost you a lot of money. A lawyer will also prepare the documents needed to close title and represent you at the closing.

6) A buyer without a lawyer runs special risks. Only a lawyer can advise a buyer about what to do if problems arise concerning the purchase of this property. The problems may be about the seller's title, the size and shape of the property, or other matters that may affect the value of the property. If either the broker or the title company knows about the problems, they should tell you. But they may not recognize the problem, see it from your point of view, or know what to do. Ordinarily, the broker and the title company have an interest in seeing that the sale is completed, because only then do they usually receive their commissions. So, their interests may differ from yours.

7) Whether you retain a lawyer is up to you. It is your decision. The purpose of this notice is to make sure that you have the information needed to make your decision.

| | | | |
|---|---|---|---|
| *Chad Didomenico* | | | 9/14/2021 \| 10:46 AM EDT |
| SELLER 9/14/2021 1:40:36 AM GMT | DATE | BUYER | DATE |
| | | | |
| | | *Lakeisha White* | 9/14/2021 \| 9:32 AM CDT |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |

Listing Broker

*Lisa Luster*
Selling Broker

Prepared by: Lisa A. Luster

Name of Real Estate Licensee



## STATEWIDE NEW JERSEY REALTORS® STANDARD FORM
## OF REAL ESTATE SALES CONTRACT

©2016 New Jersey REALTORS®, Inc.

**THIS FORM MAY BE USED ONLY IN THE SALE OF A ONE TO FOUR-FAMILY RESIDENTIAL PROPERTY OR VACANT ONE-FAMILY LOTS. THIS FORM IS SUITABLE FOR USE ONLY WHERE THE SELLER HAS PREVIOUSLY EXECUTED A WRITTEN LISTING AGREEMENT.**

### THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS. DURING THIS PERIOD YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE CONTRACT. SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.

### TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. PARTIES AND PROPERTY DESCRIPTION | 15. CESSPOOL REQUIREMENTS | 29. DECLARATION OF BROKER(S) BUSINESS RELATIONSHIP(S) |
| 2. PURCHASE PRICE | 16. INSPECTION CONTINGENCY CLAUSE | 30. BROKERS' INFORMATION AND COMMISSION |
| 3. MANNER OF PAYMENT | 17. MEGAN'S LAW STATEMENT | |
| 4. SUFFICIENT ASSETS | 18. MEGAN'S LAW REGISTRY | 31. EQUITABLE LIEN |
| 5. ACCURATE DISCLOSURE OF SELLING PRICE | 19. NOTIFICATION REGARDING OFF-SITE CONDITIONS | 32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE |
| 6. ITEMS INCLUDED IN SALE | 20. AIR SAFETY AND ZONING NOTICE | 33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS |
| 7. ITEMS EXCLUDED FROM SALE | 21. BULK SALES | 34. PROFESSIONAL REFERRALS |
| 8. DATES AND TIMES FOR PERFORMANCE | 22. NOTICE TO BUYER CONCERNING INSURANCE | 35. ATTORNEY-REVIEW CLAUSE |
| 9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE | 23. MAINTENANCE AND CONDITION OF PROPERTY | 36. NOTICES |
| 10. MUNICIPAL ASSESSMENTS | 24. RISK OF LOSS | 37. NO ASSIGNMENT |
| 11. QUALITY AND INSURABILITY OF TITLE | 25. INITIAL AND FINAL WALK-THROUGHS | 38. ELECTRONIC SIGNATURES AND DOCUMENTS |
| 12. POSSESSION, OCCUPANCY AND TENANCIES | 26. ADJUSTMENTS AT CLOSING | 39. CORPORATE RESOLUTIONS |
| 13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD | 27. FAILURE OF BUYER OR SELLER TO CLOSE. | 40. ENTIRE AGREEMENT; PARTIES LIABLE |
| 14. POINT OF ENTRY TREATMENT SYSTEMS | 28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGEMENT | 41. APPLICABLE LAWS |
| | | 42. ADDENDA |
| | | 43. ADDITIONAL CONTRACTUAL PROVISIONS |

**1. PARTIES AND PROPERTY DESCRIPTION:**

Isaiah White _____ ("Buyer"), _____ Lakesha White _____, ("Buyer"),

_____ ("Buyer"), _____, ("Buyer"),

whose address is/are 4 Du Mont Dr. Millville, NJ 08332 _____

**AGREES TO PURCHASE FROM**

Chad J. Didomenico _____ ("Seller"), _____, ("Seller"),

_____ ("Seller"), _____, ("Seller"),

whose address is/are 970 Venezia Ave. Vineland, NJ 08361 _____

**THROUGH THE BROKER(S) NAMED IN THIS CONTRACT AT THE PRICE AND TERMS STATED BELOW, THE FOLLOWING PROPERTY:**

Property Address: 970 Venezia Ave. Vineland, NJ 08361 _____

shown on the municipal tax map of Vineland _____ County Cumberland _____

as Block 4505 _____ Lot 73 _____ (the "Property"). Qualifier _____ (if the Property is a condominium).

**THE WORDS "BUYER" AND "SELLER" INCLUDE ALL BUYERS AND SELLERS LISTED ABOVE.**

**2. PURCHASE PRICE:**

| | |
|---|---|
| TOTAL PURCHASE PRICE .................................................... | $ 395,900.00 |
| INITIAL DEPOSIT ........................................................... | $ 5,000.00 |
| ADDITIONAL DEPOSIT ...................................................... | $ |
| MORTGAGE ................................................................. | $ 356,362.00 |
| BALANCE OF PURCHASE PRICE ............................................ | $ 34,538.00 |

Buyer's Initials: [signature]   Seller's Initials: [CD]

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

**3.  MANNER OF PAYMENT:**

**(A) INITIAL DEPOSIT** to be paid by Buyer to ☐ Listing Broker ☐ Participating Broker ☐ Buyer's Attorney ☒ Title Company ☐ Other _____ , on or before 9/17/21 _____ (date) (if left blank, then within five (5) business days after the fully signed Contract has been delivered to both Buyer and the Seller).

**(B) ADDITIONAL DEPOSIT** to be paid by Buyer to the party who will be responsible for holding the escrow who is identified below on or before _____ (date) (if left blank, then within ten (10) calendar days after the fully signed Contract has been delivered to both the Buyer and the Seller).

**(C) ESCROW: All initial and additional deposit monies paid by Buyer shall be held in escrow in the NON-INTEREST BEARING TRUST ACCOUNT of** Dream Home Abstract CC _____ , **("Escrowee"), until the Closing, at which time all monies shall be paid over to Seller.** The deposit monies shall not be paid over to Seller prior to the Closing, unless otherwise agreed in writing by both Buyer and Seller. If Buyer and Seller cannot agree on the disbursement of these escrow monies, the Escrowee may place the deposit monies in Court requesting the Court to resolve the dispute.

**(D) IF PERFORMANCE BY BUYER IS CONTINGENT UPON OBTAINING A MORTGAGE:**
If payment of the purchase price requires a mortgage loan other than by Seller or other than assumption of Seller's mortgage, Buyer shall apply for the loan through any lending institution of Buyer's choice in writing on lender's standard form within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract, and use best efforts to obtain it. Buyer shall supply all necessary information and fees required by the proposed lender and shall authorize the lender to communicate with the real estate brokers(s) and involved attorney(s). Buyer shall obtain a written commitment from the lending institution to make a loan on the property under the following terms:

Principal Amount $ 356,362.00 ___ Type of Mortgage: ☐ VA ☒ FHA ☐ Section 203(k) ☐ Conventional ☐ Other _____ Term of Mortgage: 30 _____ years, with monthly payments based on a 30 _____ year payment schedule.

The written mortgage commitment must be delivered to Seller's agent, who is the Listing Broker identified in Section 30, and Seller's attorney, if applicable, no later than 10/15/21 _____ (date)(if left blank, then within thirty (30) calendar days after the attorney-review period is completed, or if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within thirty (30) calendar days after the parties agree to the terms of this Contract). Thereafter, if Buyer has not obtained the commitment, then either Buyer or Seller may void this Contract by written notice to the other party and Broker(s) within ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later. If this Contract is voided, the deposit monies paid by Buyer shall be returned to Buyer notwithstanding any other provision in this Contract, provided, however, if Seller alleges in writing to Escrowee within said ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later, that the failure to obtain the mortgage commitment is the result of Buyer's bad faith, negligence, intentional conduct or failure to diligently pursue the mortgage application, then Escrowee shall not return the deposit monies to Buyer without the written authorization of Seller. If Buyer has applied for Section 203(k) financing this Contract is contingent upon mortgage approval and the Buyer's acceptance of additional required repairs as determined by the lender.

**(E) BALANCE OF PURCHASE PRICE:** The balance of the purchase price shall be paid by Buyer in cash, or by certified, cashier's check or trust account check.

Payment of the balance of the purchase price by Buyer shall be made at the closing, which will take place on 11/1/21 _____ _____ (date) at the office of Buyer's closing agent or such other place as Seller and Buyer may agree ("the Closing").

**4.  SUFFICIENT ASSETS:**
Buyer represents that Buyer has or will have as of the Closing, all necessary cash assets, together with the mortgage loan proceeds, to complete the Closing. Should Buyer not have sufficient cash assets at the Closing, Buyer will be in breach of this Contract and Seller shall be entitled to any remedies as provided by law.

**5.  ACCURATE DISCLOSURE OF SELLING PRICE:**
Buyer and Seller certify that this Contract accurately reflects the gross sale price as indicated in Section 2 of this Contract. Buyer and Seller understand and agree that this information shall be disclosed to the Internal Revenue Service and other governmental agencies as required by law.

**6.  ITEMS INCLUDED IN SALE:**
The Property includes all fixtures permanently attached to the building(s), and all shrubbery, plantings and fencing, gas and electric fixtures, cooking ranges and ovens, hot water heaters, flooring, screens, storm sashes, shades, blinds, awnings, radiator covers, heating apparatus and sump pumps, if any, except where owned by tenants, are included in this sale. All of the appliances shall be in working

New Jersey Realtors® Form 118-Statewide 10/20  Page 3 of 13          Buyer's Initials: _____     Seller's Initials: _____

order as of the Closing. Seller does not guarantee the condition of the appliances after the Deed and affidavit of title have been delivered to Buyer at the Closing. The following items are also specifically included (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):

refrigerator, stove, microwave, dish washer, washer, dryer "all non-realty items with no value given"

**7.   ITEMS EXCLUDED FROM SALE: (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):**
all personal items

**8.   DATES AND TIMES FOR PERFORMANCE:**
Seller and Buyer agree that all dates and times included in this Contract are of the essence. This means that Seller and Buyer must satisfy the terms of this Contract within the time limits that are set in this Contract or will be in default, except as otherwise provided in this Contract or required by applicable law, including but not limited to if the Closing has to be delayed either because a lender does not timely provide documents through no fault of Buyer or Seller or for three (3) business days because of the change of terms as required by the Consumer Financial Protection Bureau.

If Seller requests that any addendum or other document be signed in connection with this Contract, "final execution date," "acknowledgement date," or similar language contained in such document that sets the time period for completion of any condition or contingencies, including but not limited to inspections and financing, shall mean that the time will begin to run after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then from the date the parties agree to the terms of this Contract.

**9.   CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE:**
Seller makes no representations concerning existing zoning ordinances, except that Seller's use of the Property is not presently in violation of any zoning ordinances.

Some municipalities may require a Certificate of Occupancy or Housing Code Letter to be issued. If any is required for this Property, Seller shall obtain it at Seller's expense and provide to Buyer prior to Closing and shall be responsible to make and pay for any repairs required in order to obtain the Certificate or Letter. However, if this expense exceeds $ 250.00_____ (if left blank, then 1.5% of the purchase price) to Seller, then Seller may terminate this Contract and refund to Buyer all deposit monies plus Buyer's reasonable expenses, if any, in connection with this transaction unless Buyer elects to make repairs in excess of said amount at Buyer's expense, in which event Seller shall not have the right to terminate this Contract. In addition, Seller shall comply with all New Jersey laws, and local ordinances, including but not limited to smoke detectors, carbon monoxide detectors, fire extinguishers and indoor sprinklers, the cost of which shall be paid by Seller and not be considered as a repair cost.

**10. MUNICIPAL ASSESSMENTS:** (Seller represents that Seller ☐ has ☒ has not been notified of any such municipal assessments as explained in this Section.)

Title shall be free and clear of all assessments for municipal improvements, including but not limited to municipal liens, as well as assessments and liabilities for future assessments for improvements constructed and completed. All confirmed assessments and all unconfirmed assessments that have been or may be imposed by the municipality for improvements that have been completed as of the Closing are to be paid in full by Seller or credited to Buyer at the Closing. A confirmed assessment is a lien against the Property. An unconfirmed assessment is a potential lien that, when approved by the appropriate governmental entity, will become a legal claim against the Property.

**11. QUALITY AND INSURABILITY OF TITLE:**
At the Closing, Seller shall deliver a duly executed Bargain and Sale Deed with Covenant as to Grantor's Acts or other Deed satisfactory to Buyer. Title to the Property will be free from all claims or rights of others, except as described in this Section and Section 12, of this Contract. The Deed shall contain the full legal description of the Property.

This sale will be subject to utility and other easements and restrictions of record, if any, and such state of facts as an accurate survey might disclose, provided such easement or restriction does not unreasonably limit the use of the Property. Generally, an easement is a right of a person other than the owner of property to use a portion of the property for a special purpose. A restriction is a recorded limitation on the manner in which a property owner may use the property. Buyer does not have to complete the purchase, however, if any easement, restriction or facts disclosed by an accurate survey would substantially interfere with the use of the Property for residential purposes. A violation of any restriction shall not be a reason for Buyer refusing to complete the Closing as long as the title company insures Buyer against loss at regular rates. The sale also will be made subject to applicable zoning ordinances, provided that the ordinances do not render title unmarketable.

New Jersey Realtors® Form 118-Statewide 10/20  Page 4 of 13

Buyer's
Initials:

Seller's
Initials:

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

175 Title to the Property shall be good, marketable and insurable, at regular rates, by any title insurance company licensed to do business
176 in New Jersey, subject only to the claims and rights described in this section and Section 12. Buyer agrees to order a title insurance
177 commitment (title search) and survey, if required by Buyer's lender, title company or the municipality where the Property is located,
178 and to furnish copies to Seller. If Seller's title contains any exceptions other than as set forth in this section, Buyer shall notify Seller
179 and Seller shall have thirty (30) calendar days within which to eliminate those exceptions. Seller represents, to the best of Seller's
180 knowledge, that there are no restrictions in any conveyance or plans of record that will prohibit use and/or occupancy of the Property
181 as a single_____ family residential dwelling. Seller represents that all buildings and other improvements on the Property are
182 within its boundary lines and that no improvements on adjoining properties extend across boundary lines of the Property.
183
184 If Seller is unable to transfer the quality of title required and Buyer and Seller are unable to agree upon a reduction of the purchase
185 price, Buyer shall have the option to either void this Contract, in which case the monies paid by Buyer toward the purchase price shall
186 be returned to Buyer, together with the actual costs of the title search and the survey and the mortgage application fees in preparing for
187 the Closing without further liability to Seller, or to proceed with the Closing without any reduction of the purchase price.
188

## 12. POSSESSION, OCCUPANCY AND TENANCIES:

189
190 **(A) Possession and Occupancy.**
191 Possession and occupancy will be given to Buyer at the Closing. Buyer shall be entitled to possession of the Property, and any rents or
192 profits from the Property, immediately upon the delivery of the Deed and the Closing. Seller shall pay off any person with a claim or right
193 affecting the Property from the proceeds of this sale at or before the Closing.
194

195 **(B) Tenancies.** ☐ Applicable ☒ Not Applicable
196 Occupancy will be subject to the tenancies listed below as of Closing. Seller represents that the tenancies are not in violation of any
197 existing Municipal, County, State or Federal rules, regulations or laws. Seller agrees to transfer all security deposits to Buyer at the Closing
198 and to provide to Brokers and Buyer a copy of all leases concerning the tenancies, if any, along with this Contract when it is signed by
199 Seller. Seller represents that such leases can be assigned and that Seller will assign said leases, and Buyer agrees to accept title subject to
200 these leases.
201

| TENANT'S NAME | LOCATION | RENT | SECURITY DEPOSIT | TERM |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

202
203
204
205
206
207

208 **13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD: (This section is applicable only to all dwellings
209 built prior to 1978.)** ☐ Applicable ☒ Not Applicable
210 **(A) Document Acknowledgement.**
211 Buyer acknowledges receipt of the EPA pamphlet entitled "Protect Your Family From Lead In Your Home." Moreover, a copy of a
212 document entitled "Disclosure of Information and Acknowledgement Lead-Based Paint and Lead-Based Paint Hazards" has been fully
213 completed and signed by Buyer, Seller and Broker(s) and is appended to" and made a part of this Contract.
214

215 **(B) Lead Warning Statement.**
216 Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such
217 property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead
218 poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient,
219 behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest
220 in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or
221 inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for
222 possible lead-based paint hazards is recommended prior to purchase.
223

224 **(C) Inspection.**
225 The law requires that, unless Buyer and Seller agree to a longer or shorter period, Seller must allow Buyer a ten (10) day period
226 within which to complete an inspection and/or risk assessment of the Property as set forth in the next paragraph. Buyer, however, has the
227 right to waive this requirement in its entirety.
228

229 This Contract is contingent upon an inspection and/or risk assessment (the "Inspection") of the Property by a certified inspector/risk
230 assessor for the presence of lead-based paint and/or lead-based paint hazards. The Inspection shall be ordered and obtained by Buyer at
231 Buyer's expense within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an
232 attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) days after the parties agree to
233 the terms in this Contract ("Completion Date"). If the Inspection indicates that no lead-based paint or lead-based paint hazard is present
234 at the Property, this contingency clause shall be deemed null and void. If the Inspection indicates that lead-based paint or lead-based paint
235 hazard is present at the Property, this contingency clause will terminate at the time set forth above unless, within five (5) business days from
236 the Completion Date, Buyer delivers a copy of the inspection and/or risk assessment report to Seller and Brokers and (1) advises Seller
237 and Brokers, in writing that Buyer is voiding this Contract; or (2) delivers to Seller and Brokers a written amendment (the "Amendment")

Buyer's Initials: [signature]    Seller's Initials: [CD]

238    to this Contract listing the specific existing deficiencies and corrections required by Buyer. The Amendment shall provide that Seller
239    agrees to (a) correct the deficiencies; and (b) furnish Buyer with a certification from a certified inspector/risk assessor that the deficiencies
240    have been corrected, before the Closing. Seller shall have _____ (if left blank, then 3) business days after receipt of the Amendment
241    to sign and return it to Buyer or send a written counter-proposal to Buyer. If Seller does not sign and return the Amendment or fails to
242    offer a counter-proposal, this Contract shall be null and void. If Seller offers a counter-proposal, Buyer shall have _____ (if left
243    blank, then 3) business days after receipt of the counter-proposal to accept it. If Buyer fails to accept the counter-proposal within the time
244    limit provided, this Contract shall be null and void.

245

246    **14. POINT-OF-ENTRY TREATMENT ("POET") SYSTEMS:** ☐ Applicable ☒ Not Applicable
247    A point-of-entry treatment ("POET") system is a type of water treatment system used to remove contaminants from the water entering a
248    structure from a potable well, usually through a filtration process. Seller represents that a POET system has been installed on an existing
249    well on the Property and the POET system was installed and/or maintained using funds received from the New Jersey Spill Compensation
250    Fund Claims Program, N.J.S.A. 58:10-23.11, et seq. The Buyer understands that Buyer will not be eligible to receive any such funds for the
251    continued maintenance of the POET system. Pursuant to N.J.A.C. 7:1J-2.5(c), Seller agrees to notify the Department of Environmental
252    Protection within thirty (30) calendar days of executing this Contract that the Property is to be sold.

253

254    **15. CESSPOOL REQUIREMENTS:** ☐ Applicable ☒ Not Applicable
255    **(This section is applicable if the Property has a cesspool, except in certain limited circumstances set forth in N.J.A.C.**
256    **7:9A-3.16.)** Pursuant to New Jersey's Standards for Individual Subsurface Sewage Disposal Systems, N.J.A.C. 7:9A (the "Standards"), if
257    this Contract is for the sale of real property at which any cesspool, privy, outhouse, latrine or pit toilet (collectively "Cesspool") is located,
258    the Cesspool must be abandoned and replaced with an individual subsurface sewage disposal system at or before the time of the real
259    property transfer, except in limited circumstances.

260

261    (A) Seller represents to Buyer that ☒ no Cesspool is located at or on the Property, or ☐ one or more Cesspools are located at or on the
262    Property. **[If there are one or more Cesspools, then also check EITHER Box 1 or 2 below.]**

263

264    1. ☐ Seller agrees that, prior to the Closing and at its sole cost and expense, Seller shall abandon and replace any and all Cesspools
265    located at or on the Property and replace such Cesspools with an individual subsurface sewage disposal system ("System") meeting all
266    the requirements of the Standards. At or prior to the Closing, Seller shall deliver to Buyer a certificate of compliance ("Certificate of
267    Compliance") issued by the administrative authority ("Administrative Authority") (as those terms are defined in N.J.A.C. 7:9A-2.1) with
268    respect to the System. Notwithstanding the foregoing, if the Administrative Authority determines that a fully compliant system cannot
269    be installed at the Property, then Seller shall notify Buyer in writing within three (3) business days of its receipt of the Administrative
270    Authority's determination of its intent to install either a nonconforming System or a permanent holding tank, as determined by the
271    Administrative Authority ( "Alternate System"), and Buyer shall then have the right to void this Contract by notifying Seller in writing
272    within seven (7) business days of receipt of the notice from Seller. If Buyer fails to timely void this Contract, Buyer shall have waived its
273    right to cancel this Contract under this paragraph, and Seller shall install the Alternate System and, at or prior to the Closing, deliver
274    to Buyer such Certificate of Compliance or other evidence of approval of the Alternate System as may be issued by the Administrative
275    Authority. The delivery of said Certificate of Compliance or other evidence of approval shall be a condition precedent to the Closing; or

276

277    2. ☐ Buyer agrees that, at its sole cost and expense, Buyer shall take all actions necessary to abandon and replace any and all Cesspools
278    located at or on the Property and replace such Cesspools with a System meeting all the requirements of the Standards or an Alternate
279    System. Buyer shall indemnify and hold Seller harmless for any and all costs, damages, claims, fines, penalties and assessments (including
280    but not limited to reasonable attorneys' and experts' fees) arising from Buyer's violation of this paragraph. This paragraph shall survive
281    the Closing.

282

283    **(B)** If prior to the Closing, either Buyer or Seller becomes aware of any Cesspool at or on the Property that was not disclosed by Seller
284    at or prior to execution of this Contract, the party with knowledge of the newly identified Cesspool shall promptly, but in no event later
285    than three (3) business days after receipt of such knowledge, advise the other party of the newly identified Cesspool in writing. In such
286    event, the parties in good faith shall agree, no later than seven (7) business days after sending or receiving the written notice of the newly
287    identified Cesspool, or the day preceding the scheduled Closing, whichever is sooner, to proceed pursuant to subsection (A) 1 or 2 above
288    or such other agreement as satisfies the Standards, or either party may terminate this Contract.

289

290    **16. INSPECTION CONTINGENCY CLAUSE:**
291    **(A) Responsibilities of Home Ownership.**
292    Buyer and Seller acknowledge and agree that, because the purchase of a home is one of the most significant investments a person can
293    make in a lifetime, all aspects of this transaction require considerable analysis and investigation by Buyer before closing title to the
294    Property. While Brokers and salespersons who are involved in this transaction are trained as licensees under the New Jersey Licensing Act
295    they readily acknowledge that they have had no special training or experience with respect to the complexities pertaining to the multitude
296    of structural, topographical and environmental components of this Property. For example, and not by way of limitation, Brokers and
297    salespersons have no special training, knowledge or experience with regard to discovering and/or evaluating physical defects, including

New Jersey Realtors® Form 118-Statewide 10/20   Page 6 of 13      Buyer's Initials: [signature]    Seller's Initials: [CD]

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

298 structural defects, roof, basement, mechanical equipment, such as heating, air conditioning, and electrical systems, sewage, plumbing,
299 exterior drainage, termite, and other types of insect infestation or damage caused by such infestation. Moreover, Brokers and salespersons
300 similarly have no special training, knowledge or experience with regard to evaluation of possible environmental conditions which might
301 affect the Property pertaining to the dwelling, such as the existence of radon gas, formaldehyde gas, airborne asbestos fibers, toxic
302 chemicals, underground storage tanks, lead, mold or other pollutants in the soil, air or water.
303

304 **(B) Radon Testing, Reports and Mitigation.**
305 **(Radon is a radioactive gas which results from the natural breakdown of uranium in soil, rock and water. It has been**
306 **found in homes all over the United States and is a carcinogen. For more information on radon, go to www.epa.gov/**
307 **radon/pubs/citguide.html and www.nj.gov/dep/rpp/radon or call the NJ Radon Hot Line at 800-648-0394 or 609-984- 5425.)**
308

309 If the Property has been tested for radon prior to the date of this Contract, Seller agrees to provide to Buyer, at the time of the execution
310 of this Contract, a copy of the result of the radon test(s) and evidence of any subsequent radon mitigation or treatment of the Property.
311 In any event, Buyer shall have the right to conduct a radon inspection/test as provided and subject to the conditions set forth in paragraph
312 (D) below. If any test results furnished or obtained by Buyer indicate a concentration level of 4 picocuries per liter (4.0 pCi/L) or more in
313 the subject dwelling, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of the
314 receipt of any such report. For the purposes of this Section 16, Seller and Buyer agree that, in the event a radon gas concentration level
315 in the subject dwelling is determined to be less than 4 picocuries per liter (4.0 pCi/L) without any remediation, such level of radon gas
316 concentration shall be deemed to be an acceptable level ("Acceptable Level") for the purposes of this Contract. Under those circumstances,
317 Seller shall be under no obligation to remediate, and this contingency clause as it relates to radon shall be deemed fully satisfied.
318

319 If Buyer's qualified inspector reports that the radon gas concentration level in the subject dwelling is four picocuries per liter (4.0 pCi/L)
320 or more, Seller shall have a seven (7) business day period after receipt of such report to notify Buyer in writing that Seller agrees to
321 reduce the gas concentration to an Acceptable Level (unless Buyer has voided this Contract as provided in the preceding paragraph).
322 Upon such remediation, the contingency in this Contract which relates to radon shall be deemed fully satisfied. If Seller fails to notify
323 Buyer of Seller's agreement to so remediate, such failure to so notify shall be deemed to be a refusal by Seller to remediate the radon level
324 to an Acceptable Level, and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) calendar
325 days thereafter. If Buyer fails to void this Contract within the seven (7) day period, Buyer shall have waived Buyer's right to cancel
326 this Contract and this Contract shall remain in full force and effect, and Seller shall be under no obligation to remediate the radon gas
327 concentration. If Seller agrees to remediate the radon to an Acceptable Level, such remediation and associated testing shall be completed
328 by Seller prior to the Closing.
329

330 **(C) Infestation and/or Damage By Wood Boring Insects.**
331 Buyer, shall have the right to have the Property inspected by a licensed exterminating company of Buyer's choice, for the purpose of
332 determining if the Property is free from infestation and damage from termites or other wood destroying insects. If Buyer chooses to make
333 this inspection, Buyer shall pay for the inspection unless Buyer's lender prohibits Buyer from paying, in which case Seller shall pay. The
334 inspection must be completed and written reports must be furnished to Seller and Broker(s) within _____ (if left blank, then 14) calendar
335 days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-
336 Review Clause Section of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this
337 Contract. This report shall state the nature and extent of any infestation and/or damage and the full cost of treatment for any infestation.
338 Seller agrees to treat any infestation and cure any damage at Seller's expense prior to Closing, provided however, if the cost to cure exceeds
339 1% of the purchase price of the Property, then either party may void this Contract provided they do so within _____ (if left blank, then 7)
340 business days after the report has been delivered to Seller and Brokers. If Buyer and Seller are unable to agree upon who will pay for the
341 cost to cure and neither party timely voids this Contract, then Buyer will be deemed to have waived its right to terminate this Contract
342 and will bear the cost to cure that is over 1% of the purchase price, with Seller bearing the cost that is under 1% of the purchase price.
343

344 **(D) Buyer's Right to Inspections.**
345 Buyer acknowledges that the Property is being sold in an "as is" condition and that this Contract is entered into based upon the knowledge
346 of Buyer as to the value of the land and whatever buildings are upon the Property, and not on any representation made by Seller, Brokers
347 or their agents as to character or quality of the Property. Therefore, Buyer, at Buyer's sole cost and expense, is granted the right to have
348 the dwelling and all other aspects of the Property, inspected and evaluated by "qualified inspectors" (as the term is defined in subsection
349 G below) for the purpose of determining the existence of any physical defects or environmental conditions such as outlined above. If
350 Buyer chooses to make inspections referred to in this paragraph, such inspections must be completed, and written reports including a list
351 of repairs Buyer is requesting must be furnished to Seller and Brokers within _____ (if left blank, then 14) calendar days after the attorney-
352 review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section
353 of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this Contract. If Buyer fails
354 to furnish such written reports to Seller and Brokers within the _____ (if left blank, then 14) calendar days specified in this paragraph,
355 this contingency clause shall be deemed waived by Buyer, and the Property shall be deemed acceptable by Buyer. The time period for
356 furnishing the inspection reports is referred to as the "Inspection Time Period." Seller shall have all utilities in service for inspections.
357

New Jersey Realtors® Form 118-Statewide 10/20   Page 7 of 13

Buyer's Initials: _____   Seller's Initials: _CD_

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

**(E) Responsibility to Cure.**

If any physical defects or environmental conditions (other than radon or woodboring insects) are reported by the qualified inspectors to Seller within the Inspection Time Period, Seller shall then have seven (7) business days after the receipt of such reports to notify Buyer in writing that Seller shall correct or cure any of the defects set forth in such reports. If Seller fails to notify Buyer of Seller's agreement to so cure and correct, such failure to so notify shall be deemed to be a refusal by Seller to cure or correct such defects. If Seller fails to agree to cure or correct such defects within the seven (7) business day period, or if the environmental condition at the Property (other than radon) is incurable and is of such significance as to unreasonably endanger the health of Buyer, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force, and Seller shall be under no obligation to correct or cure any of the defects set forth in the inspections. If Seller agrees to correct or cure such defects, all such repair work shall be completed by Seller prior to the closing of title. Radon at the Property shall be governed by the provisions of Paragraph (B), above.

**(F) Flood Hazard Area (if applicable).**

The federal and state governments have designated certain areas as flood areas. If the Property is located in a flood area, the use of the Property may be limited. If Buyer's inquiry reveals that the Property is in a flood area, Buyer may cancel this Contract within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract. If the mortgage lender requires flood insurance, then Buyer shall be responsible for obtaining such insurance on the Property. For a flood policy to be in effect immediately, there must be a loan closing. There is a (30) calendar day wait for flood policies to be in effect for cash transactions. Therefore, cash buyers are advised to make application and make advance payment for a flood policy at least thirty (30) calendar days in advance of closing if they want coverage to be in effect upon transfer of title.

Buyer's mortgage lender may require Buyer to purchase flood insurance in connection with Buyer's purchase of this Property. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing and, in some cases, will rise by a substantial amount over the premiums previously charged for flood insurance for the Property. As a result, Buyer should not rely on the premiums paid for flood insurance on this Property previously as an indication of the premiums that will apply after Buyer completes the purchase. In considering Buyer's purchase of this Property, Buyer is therefore urged to consult with one or more carriers of flood insurance for a better understanding of flood insurance coverage, the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may increase in the future.

**(G) Qualifications of Inspectors.**

Where the term "qualified inspectors" is used in this Contract, it is intended to refer to persons or businesses that are licensed or certified by the State of New Jersey for such purpose.

**17. MEGAN'S LAW STATEMENT:**

Under New Jersey law, the county prosecutor determines whether and how to provide notice of the presence of convicted sex offenders in an area. In their professional capacity, real estate licensees are not entitled to notification by the county prosecutor under Megan's Law and are unable to obtain such information for you. Upon closing, the county prosecutor may be contacted for such further information as may be disclosable to you.

**18. MEGAN'S LAW REGISTRY:**

Buyer is notified that New Jersey law establishes an Internet Registry of Sex Offenders that may be accessed at www.njsp.org. Neither Seller or any real estate broker or salesperson make any representation as to the accuracy of the registry.

**19. NOTIFICATION REGARDING OFF-SITE CONDITIONS: (Applicable to all resale transactions.)**

Pursuant to the New Residential Construction Off-Site Conditions Disclosure Act, N.J.S.A. 46:3C-1, et. seq, the clerks of municipalities in New Jersey maintains lists of off-site conditions which may affect the value of residential properties in the vicinity of the off-site condition. Buyers may examine the lists and are encouraged to independently investigate the area surrounding this property in order to become familiar with any off-site conditions which may affect the value of the property. In cases where a property is located near the border of a municipality, buyers may wish to also examine the list maintained by the neighboring municipality.

**20. AIR SAFETY AND ZONING NOTICE:**

Any person who sells or transfers a property that is in an airport safety zone as set forth in the New Jersey Air Safety and Zoning Act of 1983, N.J.S.A. 6:1-80, et seq., and appearing on a municipal map used for tax purposes as well as Seller's agent, shall provide notice to a prospective buyer that the property is located in an airport safety zone prior to the signing of the contract of sale. The Air Safety and Zoning Act also requires that each municipality in an airport safety zone enact an ordinance or ordinances incorporating the standards promulgated under the Act and providing for their enforcement within the delineated areas in the municipality. Buyer acknowledges

Buyer's Initials: _____   Seller's Initials: _____

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

418 receipt of the following list of airports and the municipalities that may be affected by them and that Buyer has the responsibility to
419 contact the municipal clerk of any affected municipality concerning any ordinance that may affect the Property.
420

| Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|
| Alexandria Tp. | Alexandria & Sky Manor | Manalapan Tp. (Monmouth Cty.) | Old Bridge |
| Andover Tp. | Aeroflex–Andover & Newton | Mansfield Tp. | Hackettstown |
| Bedminister Tp. | Somerset | Manville Bor. | Central Jersey Regional |
| Berkeley Tp. | Ocean County | Medford Tp. | Flying W |
| Berlin Bor. | Camden County | Middle Tp. | Cape May County |
| Blairstown Tp. | Blairstown | Millville | Millville Municipal |
| Branchburg Tp. | Somerset | Monroe Tp. (Gloucester Cty.) | Cross Keys & Southern Cross |
| Buena Bor. (Atlantic Cty.) | Vineland–Downtown | Monroe Tp. (Middlesex Cty.) | Old Bridge |
| Dennis Tp. | Woodbine Municipal | Montgomery Tp. | Princeton |
| Eaglewood Tp. | Eagles Nest | Ocean City | Ocean City |
| Ewing Tp. | Trenton-Mercer County | Old Bridge Tp. | Old Bridge |
| E. Hanover Tp. | Morristown Municipal | Oldmans Tp. | Oldmans |
| Florham Park Bor. | Morristown Municipal | Pemberton Tp. | Pemberton |
| Franklin Tp. (Gloucester Cty.) | Southern Cross & Vineland Downtown | Pequannock Tp. | Lincoln Park |
| Franklin Tp. (Hunterdon Cty.) | Sky Manor | Readington Tp. | Solberg-Hunterdon |
| Franklin Tp. (Somerset Cty.) | Central Jersey Regional | Rocky Hill Boro. | Princeton |
| Hammonton Bor. | Hammonton Municipal | Southampton Tp. | Red Lion |
| Hanover Tp. | Morristown Municipal | Springfield Tp. | Red Wing |
| Hillsborough Tp. | Central Jersey Regional | Upper Deerfield Tp. | Bucks |
| Hopewell Tp. (Mercer Cty.) | Trenton-Mercer County | Vineland City | Kroelinger & Vineland Downtown |
| Howell Tp. | Monmouth Executive | Wall Tp. | Monmouth Executive |
| Lacey Tp. | Ocean County | Wantage Tp. | Sussex |
| Lakewood Tp. | Lakewood | Robbinsville | Trenton-Robbinsville |
| Lincoln Park Bor. | Lincoln Park | West Milford Tp. | Greenwood Lake |
| Lower Tp. | Cape May County | Winslow Tp. | Camden County |
| Lumberton Tp. | Flying W & South Jersey Regional | Woodbine Bor. | Woodbine Municipal |

448

449 The following airports are not subject to the Airport Safety and Zoning Act because they are subject to federal regulation or within the
450 jurisdiction of the Port Authority of New York and New Jersey and therefore are not regulated by New Jersey: Essex County Airport,
451 Linden Airport, Newark Liberty Airport, Teterboro Airport, Little Ferry Seaplane Base, Atlantic City International Airport, and
452 Maguire Airforce Base and NAEC Lakehurst.
453

**21. BULK SALES:**

455 The New Jersey Bulk Sales Law, N.J.S.A. 54:50-38, (the "Law") applies to the sale of certain residential property. Under the Law,
456 Buyer may be liable for taxes owed by Seller if the Law applies and Buyer does not deliver to the Director of the New Jersey Division
457 of Taxation (the "Division") a copy of this Contract and a notice on a form required by the Division (the "Tax Form") at least ten
458 (10) business days prior to the Closing. If Buyer decides to deliver the Tax Form to the Division, Seller shall cooperate with Buyer by
459 promptly providing Buyer with any information that Buyer needs to complete and deliver the Tax Form in a timely manner. Buyer
460 promptly shall deliver to Seller a copy of any notice that Buyer receives from the Division in response to the Tax Form.
461

462 The Law does not apply to the sale of a simple dwelling house, or the sale or lease of a seasonal rental property, if Seller is an
463 individual, estate or trust, or any combination thereof, owning the simple dwelling house or seasonal rental property as joint tenants, tenants in
464 common or tenancy by the entirety. A simple dwelling house is a one or two family residential building, or a cooperative or condominium unit
465 used as a residential dwelling, none of which has any commercial property. A seasonal rental property is a time share, or a dwelling unit
466 that is rented for residential purposes for a term of not more than 125 consecutive days, by an owner that has a permanent residence
467 elsewhere.
468

469 If, prior to the Closing, the Division notifies Buyer to withhold an amount (the "Tax Amount") from the purchase price proceeds for
470 possible unpaid tax liabilities of Seller, Buyer's attorney or Buyer's title insurance company (the "Escrow Agent") shall withhold the Tax
471 Amount from the closing proceeds and place that amount in escrow (the "Tax Escrow"). If the Tax Amount exceeds the amount of
472 available closing proceeds, Seller shall bring the deficiency to the Closing and the deficiency shall be added to the Tax Escrow. If the
473 Division directs the Escrow Agent or Buyer to remit funds from the Tax Escrow to the Division or some other entity, the Escrow Agent
474 or Buyer shall do so. The Escrow Agent or Buyer shall only release the Tax Escrow, or the remaining balance thereof, to Seller (or as
475 otherwise directed by the Division) upon receipt of written notice from the Division that it can be released, and that no liability will be
476 asserted under the Law against Buyer.
477

New Jersey Realtors® Form 118-Statewide 10/20   Page 9 of 13

Buyer's Initials: _____   Seller's Initials: _CD_

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

**22. NOTICE TO BUYER CONCERNING INSURANCE:**

Buyer should obtain appropriate casualty and liability insurance for the Property. Buyer's mortgage lender will require that such insurance be in place at Closing. Occasionally, there are issues and delays in obtaining insurance. Be advised that a "binder" is only a temporary commitment to provide insurance coverage and is not an insurance policy. Buyer is therefore urged to contact a licensed insurance agent or broker to assist Buyer in satisfying Buyer's insurance requirements.

**23. MAINTENANCE AND CONDITION OF PROPERTY:**

Seller agrees to maintain the grounds, buildings and improvements, in good condition, subject to ordinary wear and tear. The premises shall be in "broom clean" condition and free of debris as of the Closing. Seller represents that all electrical, plumbing, heating and air conditioning systems (if applicable), together with all fixtures included within the terms of the Contract now work and shall be in proper working order at the Closing. Seller further states, that to the best of Seller's knowledge, there are currently no leaks or seepage in the roof, walls or basement. Seller does not guarantee the continuing condition of the premises as set forth in this Section after the Closing.

**24. RISK OF LOSS:**

The risk of loss or damage to the Property by fire or otherwise, except ordinary wear and tear, is the responsibility of Seller until the Closing.

**25. INITIAL AND FINAL WALK-THROUGHS:**

In addition to the inspections set forth elsewhere in this Contract, Seller agrees to permit Buyer or Buyer's duly authorized representative to conduct an initial and a final walk-through inspection of the interior and exterior of the Property at any reasonable time before the Closing. Seller shall have all utilities in service for the inspections.

**26. ADJUSTMENTS AT CLOSING:**

Seller shall pay for the preparation of the Deed, realty transfer fee, lien discharge fees, if any, and one-half of the title company charges for disbursements and attendance allowed by the Commissioner of Insurance; but all searches, title insurance premium and other conveyancing expenses are to be paid for by Buyer.

Seller and Buyer shall make prorated adjustments at Closing for items which have been paid by Seller or are due from Seller, such as real estate taxes, water and sewer charges that could be claims against the Property, rental and security deposits, association and condominium dues, and fuel in Seller's tank. Adjustments of fuel shall be based upon physical inventory and pricing by Seller's supplier. Such determination shall be conclusive.

If Buyer is assuming Seller's mortgage loan, Buyer shall credit Seller for all monies, such as real estate taxes and insurance premiums paid in advance or on deposit with Seller's mortgage lender. Buyer shall receive a credit for monies, which Seller owes to Seller's Mortgage lender, such as current interest or a deficit in the mortgage escrow account.

If the Property is used or enjoyed by not more than four families and the purchase price exceeds $1,000,000, then pursuant to N.J.S.A. 46:15-7.2, Buyer will be solely responsible for payment of the fee due for the transfer of the Property, which is the so-called "Mansion "Tax, in the amount of one (1%) percent of the purchase price.

Unless an exemption applies, non-resident individuals, estates, or trusts that sell or transfer real property in New Jersey are required to make an estimated gross income tax payment to the State of New Jersey on the gain from a transfer/sale of real property (the so-called "Exit Tax,") as a condition of the recording of the deed.

If Seller is a foreign person (an individual, corporation or entity that is a non-US resident) under the Foreign Investment in Real Property Tax Act of 1980, as amended ("FIRPTA"), then with a few exceptions, a portion of the proceeds of sale may need to be withheld from Seller and paid to the Internal Revenue Service as an advance payment against Seller's tax liability.

Seller agrees that, if applicable, Seller will (a) be solely responsible for payment of any state or federal income tax withholding amount(s) required by law to be paid by Seller (which Buyer may deduct from the purchase price and pay at the Closing); and (b) execute and deliver to Buyer at the Closing any and all forms, affidavits or certifications required under state and federal law to be filed in connection with the amount(s) withheld.

There shall be no adjustment on any Homestead Rebate due or to become due.

**27. FAILURE OF BUYER OR SELLER TO CLOSE:**

If Seller fails to close title to the Property in accordance with this Contract, Buyer then may commence any legal or equitable action to which Buyer may be entitled. If Buyer fails to close title in accordance with this Contract, Seller then may commence an action for damages it has suffered, and, in such case, the deposit monies paid on account of the purchase price shall be applied against such damages. If Buyer or Seller breach this Contract, the breaching party will nevertheless be liable to Brokers for the commissions in the

Buyer's Initials: _____   Seller's Initials: _CD_

538    amount set forth in this Contract, as well as reasonable attorneys' fees, costs and such other damages as are determined by the Court.
539

**28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT:**

By signing below, Seller and Buyer acknowledge they received the Consumer Information Statement on New Jersey Real Estate
Relationships from the Brokers prior to the first showing of the Property.

**29. DECLARATION OF BROKER(S)'S BUSINESS RELATIONSHIP(S):**

(A) Keller Williams Realty Cumberland County _____, (name of firm) and its authorized
representative (s) _Lisa A. Luster_____

_____
(name(s) of licensee(s))

ARE OPERATING IN THIS TRANSACTION AS A (indicate one of the following)

☐ **SELLER'S AGENT**    ☒ **BUYER'S AGENT**    ☐ **DISCLOSED DUAL AGENT**    ☐ **TRANSACTION BROKER.**

(B) (If more than one firm is participating, provide the following.) INFORMATION SUPPLIED BY Maria Larrain w/ Coldwell
Banker Excel Realty _____ (name of other firm) HAS INDICATED THAT IT IS
OPERATING IN THIS TRANSACTION AS A (indicate one of the following)

☐ **SELLER'S AGENT**    ☐ **BUYER'S AGENT**    ☐ **TRANSACTION BROKER.**

**30. BROKERS' INFORMATION AND COMMISSION:**

The commission, in accord with the previously executed listing agreement, shall be due and payable at the Closing and payment by Buyer
of the purchase consideration for the Property. Seller hereby authorizes and instructs whomever is the disbursing agent to pay the full
commission as set forth below to the below-mentioned Brokerage Firm(s) out of the proceeds of sale prior to the payment of any such
funds to Seller. Buyer consents to the disbursing agent making said disbursements. The commission shall be paid upon the purchase price
set forth in Section 2 and shall include any amounts allocated to, among other things, furniture and fixtures.

| | |
|---|---|
| Coldwell Banker Excel Realty | 0895940 |
| Listing Firm | REC License ID |
| Maria Larrain | 0561121 |
| Listing Agent | REC License ID |
| 1100 Landis Ave. Vineland, NJ 08360 | |
| Address | |
| 856-696-1111 | 856-205-1554       856-207-4678 |
| Office Telephone | Fax       Agent Cell Phone |
| | (Per Listing Agreement) |
| larrain23@yahoo.com | 11,977.00 |
| E-mail | Commission due Listing Firm |
| Keller Williams Realty Cumberland County | 1753883 |
| Participating Firm | REC License ID |
| Lisa A. Luster | 02310652 |
| Participating Agent | REC License ID |
| 1103 S. Delsea Drive; Vineland, NJ 08360 | |
| Address | |
| 856-362-5072 | 856-691-6000       856-466-4401 |
| Office Telephone | Fax       Agent Cell Phone |
| lisaluster@kw.com | 11,777.00 |
| E-mail | Commission due Participating Firm |

**31. EQUITABLE LIEN:**

Under New Jersey law, brokers who bring the parties together in a real estate transaction are entitled to an equitable lien in the amount
of their commission. This lien attaches to the property being sold from when the contract of sale is signed until the closing and then to
the funds due to seller at closing, and is not contingent upon the notice provided in this Section. As a result of this lien, the party who
disburses the funds at the Closing in this transaction should not release any portion of the commission to any party other than Broker(s)
and, if there is a dispute with regard to the commission to be paid, should hold the disputed amount in escrow until the dispute with
Broker(s) is resolved and written authorization to release the funds is provided by Broker(s).

Buyer's Initials:     Seller's Initials: [ _CD_ ]

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

**32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE:** ☒ Applicable ☐ Not Applicable

A real estate licensee in New Jersey who has an interest as a buyer or seller of real property is required to disclose in the sales contract that the person is a licensee. Lakesha White _____ therefore discloses that he/she is licensed in New Jersey as a real estate ☐ broker ☐ broker-salesperson ☒ salesperson ☐ referral agent.

**33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS:**

Buyer and Seller agree that Broker(s) involved in this transaction will be provided with the Closing Disclosure documents and any amendments to those documents in the same time and manner as the Consumer Financial Protection Bureau requires that those documents be provided to Buyer and Seller. In addition, Buyer and Seller agree that, if one or both of them hire an attorney who disapproves this Contract as provided in the Attorney-Review Clause Section, then the attorney(s) will notify the Broker(s) in writing when either this Contract is finalized or the parties decide not to proceed with the transaction.

**34. PROFESSIONAL REFERRALS:**

Seller and Buyer may request the names of attorneys, inspectors, engineers, tradespeople or other professionals from their Brokers involved in the transaction. Any names provided by Broker(s) shall not be deemed to be a recommendation or testimony of competency of the person or persons referred. Seller and Buyer shall assume full responsibility for their selection(s) and hold Brokers and/or salespersons harmless for any claim or actions resulting from the work or duties performed by these professionals.

**35. ATTORNEY-REVIEW CLAUSE:**

**(1) Study by Attorney**

Buyer or Seller may choose to have an attorney study this Contract. If an attorney is consulted, the attorney must complete his or her review of the Contract within a three-day period. This Contract will be legally binding at the end of this three-day period unless an attorney for Buyer or Seller reviews and disapproves of the Contract.

**(2) Counting the Time**

You count the three days from the date of delivery of the signed Contract to Buyer and Seller. You do not count Saturdays, Sundays or legal holidays. Buyer and Seller may agree in writing to extend the three-day period for attorney review.

**(3) Notice of Disapproval**

If an attorney for the Buyer or Seller reviews and disapproves of this Contract, the attorney must notify the Broker(s) and the other party named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by fax, email, personal delivery, or overnight mail with proof of delivery. Notice by overnight mail will be effective upon mailing. The personal delivery will be effective upon delivery to the Broker's office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in the Contract that would make it satisfactory.

**36. NOTICES:**

All notices shall be by certified mail, fax, email, recognized overnight courier or electronic document (except for notices under the Attorney-Review Clause Section) or by delivering it personally. The certified letter, e-mail, reputable overnight carrier, fax or electronic document will be effective upon sending. Notices to Seller and Buyer shall be addressed to the addresses in Section 1, unless otherwise specified in writing by the respective party.

**37. NO ASSIGNMENT:**

This Contract shall not be assigned without the written consent of Seller. This means that Buyer may not transfer to anyone else Buyer's rights under this Contract to purchase the Property.

**38. ELECTRONIC SIGNATURES AND DOCUMENTS:**

Buyer and Seller agree that the New Jersey Uniform Electronic Transaction Act, N.J.S.A. 12A:12-1 to 26, applies to this transaction, including but not limited to the parties and their representatives having the right to use electronic signatures and electronic documents that are created, generated, sent, communicated, received or stored in connection with this transaction. Since Section 11 of the Act provides that acknowledging an electronic signature is not necessary for the signature of such a person where all other information required to be included is attached to or logically associated with the signature or record, such electronic signatures, including but not limited to an electronic signature of one of the parties to this Contract, do not have to be witnessed.

**39. CORPORATE RESOLUTIONS:**

If Buyer or Seller is a corporate or other entity, the person signing below on behalf of the entity represents that all required corporate resolutions have been duly approved and the person has the authority to sign on behalf of the entity.

**40. ENTIRE AGREEMENT; PARTIES LIABLE:**

This Contract contains the entire agreement of the parties. No representations have been made by any of the parties, the Broker(s) or its

Buyer's Initials: _____   Seller's Initials: _CD_

658 salespersons, except as set forth in this Contract. This Contract is binding upon all parties who sign it and all who succeed to their rights
659 and responsibilities and only may be amended by an agreement in writing signed by Buyer and Seller.
660
661 **41. APPLICABLE LAWS:**
662 This Contract shall be governed by and construed in accordance with the laws of the State of New Jersey and any lawsuit relating to
663 this Contract or the underlying transaction shall be venued in the State of New Jersey.
664
665 **42. ADDENDA:**
666 The following additional terms are included in the attached addenda or riders and incorporated into this Contract (check if applicable):

667 [X] Buyer's Property Sale Contingency [ ] Private Well Testing
668 [ ] Condominium/Homeowner's Associations [ ] Properties With Three (3) or More Units
669 [X] Coronavirus [ ] Seller Concession
670 [X] FHA/VA Loans [ ] Short Sale
671 [ ] Lead Based Paint Disclosure (Pre-1978) [ ] Solar Panel
672 [ ] New Construction [ ] Swimming Pools
673 [ ] Private Sewage Disposal (Other than Cesspool) [ ] Underground Fuel Tank(s)
674
675
676 **43. ADDITIONAL CONTRACTUAL PROVISIONS:**
677
678
679
680
681
682
683
684
685
686
687
688
689
690
691 WITNESS:
692 _____ _____ BUYER    9/14/2021 | 10:46 AM EDT
693                                                         Date
694
695 _____ _____ BUYER    9/14/2021 | 9:32 AM CDT
696                                                         Date
697
698
699 _____ _____ BUYER    _____
700                                                         Date
701
702 _____ _____ BUYER    _____
703                                                         Date
704
705                          Chad Didomenico
706 _____ _____ SELLER   _____
     9/15/2021 1:42:18 AM GMT                             Date
707
708 _____ _____ SELLER   _____
709                                                         Date
710
711 _____ _____ SELLER   _____
712                                                         Date
713
714 _____ _____ SELLER   _____
715                                                         Date
716
717
718

New Jersey Realtors® Form 118-Statewide 10/20   Page 13 of 13

Buyer's Initials: [___]

Seller's Initials: [CD]

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



# WIRE FRAUD NOTICE

© 2018 New Jersey REALTORS®

**PROTECT YOURSELF FROM BECOMING A VICTIM OF WIRE FRAUD.** Wire fraud has become very common. It typically involves a criminal hacker sending fraudulent wire transfer instructions in an email to an unsuspecting buyer/ tenant or seller/landlord in a real estate transaction that appears as though it is from a trusted source, such as the victim's broker, attorney, appraiser, home inspector or title agent. The email may look exactly like other emails that the victim received in the past from such individuals, including having the same or a similar email address, accurate loan and other financial information, and the logo of one of those individuals. If the hacker is successful, the victim will follow the bogus instructions to wire money, such as deposit money or payment of an invoice, to the hacker's account. Once this money has been wired, it may not be possible to recover it.

We strongly recommend that, **before** you wire funds to any party, including your own attorney, real estate broker or title agent, you **personally call** them to confirm the account number and other wire instructions. You only should call them at a number that you have obtained on your own (e.g., from the sales contract, their website, etc.) and should **not** use any phone number that is in any email - **even if the email appears to be from someone you know**.

If you have any reason to believe that your money was sent to a hacker, you must immediately contact your bank and your local office of the Federal Bureau of Investigation, who can work with other agencies to try to recover your money, to advise them where and when the money was sent. You also should promptly file a complaint with the Internet Crime Center at bec.ic3.gov.

Finally, since much of the information included in such fraudulent emails is obtained from email accounts that are not secure, we strongly recommend that you not provide any sensitive personal or financial information in an email or an attachment to an email. Whenever possible, such information, including Social Security numbers, bank account and credit card numbers and wiring instructions, should be sent by more secure means, such as by hand delivery, over the phone, or through secure mail or overnight services.

**By signing below, you indicate that you have read and understand the contents of this Notice:**

**Seller/Landlord:** _Chad Didomenico_
Authenti...
9/15/2021 1:42:22 AM GMT

**Date:** _____

**Seller/Landlord:** _____

**Date:** _____

**Buyer/Tenant:** _(signature)_
DocuSigned by:
4CB00208519948F...

**Date:** 9/14/2021 | 10:46 AM EDT

**Buyer/Tenant:** _Lakisha White_
DocuSigned by:
B6F33BF9BEBA451...

**Date:** 9/14/2021 | 9:32 AM CDT

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



**NEW JERSEY REALTORS®**
**OPEN PUBLIC RECORDS ACT**
**NOTICE TO BUYERS**
©2021 NEW JERSEY REALTORS®

1    The New Jersey Open Public Records Act ("OPRA") allows a Buyer to request documents from a municipality and other governmental
2    entities that may provide important information about a property that the Buyer is interested in purchasing. Under OPRA, a governmental
3    entity must provide most documents for inspection, copying or examination in response to a request within seven (7) business days, unless a
4    reasonable extension is needed to provide the documents. A request must be for specific identifiable documents and not be for information.
5
6    It is recommended that Buyers submit an OPRA request for documents relating to a property to the municipality in which the property
7    they are interested in purchasing is located. The request should be submitted as soon as possible in order to allow time to deal with any
8    issues that the documents reveal and because they may affect the Buyers' interest in purchasing the property. OPRA request forms are
9    available from municipalities, typically on their websites.
10
11   Documents a Buyer may want to request include but are not limited to the following:
12
13       1.  Open and closed permits for work at the property.
14       2.  Documents regarding any variance pending, granted or denied for the property.
15       3.  Complaints filed by the municipality and other citations for code or other violations at the   property.
16       4.  Any pending or finalized assessments for the property.
17       5.  Tax assessors reports or memos regarding the property.
18       6.  Any deed, easement or other restriction of record for the property.
19       7.  Inspections for environmental issues, water wells, sanitary disposal systems and underground fuel tanks for the property.
20       8.  The current certificate of occupancy for the property.
21       9.  Any document indicating if the property is in a flood zone.
22       10. A list of off-site conditions that may affect the value of the property that is maintained by the municipality pursuant to the New
23           Residential Construction Off-Site Conditions Disclosure Act.
24       11. The current ordinances passed by the municipality pursuant to the New Jersey Air Safety and Zoning Act if the municipality is
25           in an air safety zone.
26
27   Buyers understand that important information may be obtained about a property in response to an OPRA request and acknowledge that
28   they have been advised to file such a request.
29
30
31   _____               9/14/2021 | 10:46 AM EDT
32   4CB0020851994BF...          BUYER                DATE
33
34
35
36   _____               9/14/2021 | 9:32 AM CDT
37   B6F33BF9BEBA451...          BUYER                DATE
38
39
40
41
42   _____
43                               BUYER                DATE
44
45
46
47   _____
48                               BUYER                DATE
49
50
51
52
53
54
55
56




NJ REALTORS® Open Public Records Act Notice To Buyers - 01/2021 Page 1 of 1

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



**NEW JERSEY REALTORS®**
**ADDENDUM REGARDING CORONAVIRUS**

©2020 NEW JERSEY REALTORS®

1   **This Addendum is attached to and made a part of the New Jersey REALTORS® Standard Form of Real Estate Sales**
2   **Contract, Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.**
3
4   The current world-wide Coronavirus ("COVID-19") pandemic has had unprecedented impacts on real estate transactions, including
5   but not limited to travel restrictions, self-imposed and governmentally required isolations, and closures of both governmental and private
6   offices required to fund, close and record real estate transactions.
7
8   Accordingly, if the Closing is not possible or practical as a result of unforeseen circumstances related to the COVID-19, such as Buyer's
9   or Seller's inability to travel to sign documents, closings of or delays in related government and business services, including for example
10  delays by or closing of lenders, title/escrow, county recording offices, municipal inspections, or otherwise ("Unforeseen Circumstances"),
11  Buyer and Seller agree as follows:
12      1.  Buyer or Seller may postpone the Closing by up to ____ days (if left blank, then 30 days) to accommodate Unforeseen
13          Circumstances, after which either Buyer or Seller may cancel the Contract and Buyer's deposit shall be returned to Buyer.
14      2.  ☐ If checked: If Buyer is unable to close on a loan and proceed to Closing because of Buyer's loss of income from COVID-19
15          related issues, notwithstanding that Buyer may have removed Buyer's loan contingency, then either Buyer or Seller may cancel
16          the Contract and Buyer's deposit shall be returned to Buyer.
17      3.  Other: _____
18          _____
19          _____
20          _____
21          _____
22          _____
23          _____
24          _____
25          _____
26
27  If the Contract is cancelled as provided in this Addendum, then neither Buyer nor Seller shall have any obligations or liability under the
28  Contract with the exception of those that expressly survive cancellation.
29
30
31
32  _____     9/14/2021 | 10:46 AM EDT     *Chad Didomenico*_____     _____
33      BUYER                           Date                  9/15/2021     SELLER              Date
34
35
36  *takesha White*_____     9/14/2021 | 9:32 AM CDT     _____     _____
37      BUYER                           Date                      SELLER                       Date
38
39
40
41  _____     _____     _____     _____
        BUYER                       Date                  SELLER                 Date
42
43
44
45  _____     _____     _____     _____
        BUYER                       Date                  SELLER                 Date
46
47
48
49
50
51
52
53
54
55
56





Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



# NEW JERSEY REALTORS®
## ADDENDUM REGARDING FHA/VA LOANS

©2016 NEW JERSEY REALTORS®, INC.

1  This Addendum is attached to and made a part of the New Jersey Realtors® Standard Form of Real Estate Sales Contract,
2  Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.
3
4  If Buyer is applying for a VA guaranteed mortgage loan or an FHA insured mortgage loan, then the FHA/VA form of Amendatory
5  Clause and Certifications is attached, except that, if Buyer's lender requires a different form, then Buyer and Seller agree to execute and
6  deliver that form.
7
8
9
10
11
12
13
14
15  WITNESS:
16
17  _____        _____        9/14/2021 | 10:46 AM
18                                                                 BUYER                                                   Date
19                                          6CB0020851894BF...
20  _____        _____        9/14/2021 | 9:32 AM C
21                                                                 BUYER                                                   Date
22                                          B6F33BF9BEBA451...
23
24  _____        _____                                              _____
25                                                                 BUYER                                                   Date
26
27  _____        _____                                              _____
28                                                                 BUYER                                                   Date
29                                          Chad Didomenico
30  _____        _____                                              _____
31                                          9/15/2021 1:42:25 PM GMT  SELLER                                                Date
32
33  _____        _____                                              _____
34                                                                 SELLER                                                  Date
35
36  _____        _____                                              _____
37                                                                 SELLER                                                  Date
38
39  _____        _____                                              _____
40                                                                 SELLER                                                  Date
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56



New Jersey Realtors® Addendum Regarding FHA/VA Loans 8/16 Page 1 of 1

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

# FHA/VA AMENDATORY CLAUSE AND CERTIFICATIONS

1  Date: 9/13/21

2  Purchaser(s) Name(s):     Isaiah White              Lakesha white
3

4
5  Property Address: 970 Venezia Ave. Vineland, NJ 08361
6

7  It is expressly agreed that, notwithstanding any other provisions of this contract, the purchaser shall not be obligated
8  to complete the purchase of the property described herein or to incur any penalty by forfeiture of earnest money
9  deposits or otherwise unless the purchaser has been given in accordance with HUD/FHA or VA requirements a
10 written statement issued by the Federal Housing Commissioner, Department of Veterans Affairs, or a direct
11 endorsement lender, setting forth the appraised value of the property of not less than $395,900.00 .
12 The purchaser shall have the privilege and option of proceeding with consummation of the contract without regard
13 to the amount of the appraised valuation. The appraised valuation is arrived at to determine the maximum mortgage
14 the Department of Housing and Urban Development will insure. HUD does not warrant the value or the condition
15 of the property. The purchaser should satisfy himself/herself that the price and condition of the property are
16 acceptable.
17

18 Certification of Borrower, Seller, Agent:
19

20 We, the undersigned Seller(s) Borrower(s) and Real Estate Agent(s)/Broker(s) involved in this loan transaction do
21 certify that the terms of the sales contract are true to the best of our knowledge and belief. All agreements entered
22 into by any of the following parties are fully disclosed and attached to the sales contract.
23

24
25 _____ 9/14/2021 | 10:46 AM EDT  Chad Didomenico _____
26 Purchaser                   Date     Seller     9/15/2021 1:42:27 AM GMT         Date
27
28 _____ 9/14/2021 | 9:32 AM CDT _____
29 Purchaser                   Date     Seller                        Date
30
31
32 Purchaser                   Date     Seller                        Date
33
34
35 Purchaser                   Date     Seller                        Date
36
37 _____ 9/14/2021 | 9:13 AM CDT _____
38 Real Estate Agent/Broker         Date     Real Estate Agent/Broker         Date
39
40
41
42
43
44
45
46
47
48

49 Warning: It is a crime to knowingly make false statements to the United States on this or any similar form.
50 Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001
51 and Section 1010. This form is required by HUD Handbook 4155.1 Rev-4 paragraph 1-22 for Sales Agreements
52 intended to be financed by an FHA-Insured Mortgage and by VA Lender's Handbook Section 36.4303(j) for Sales
53 Agreements intended to be financed by a VA-guaranteed Mortgage.

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

## CAUTION — *Your Action is Required Soon*

US Department of Housing
and Urban Development
Federal Housing Administration (FHA)



OMB Approval No: 2502-0538
(exp. 06/30/2021)

# For Your Protection:
# <u>Get a Home Inspection</u>

## <u>You must make a choice on getting a Home Inspection. It is not done automatically</u>

You have the right to examine carefully your potential new home with a professional home inspector. But a home inspection is not required by law, and will occur only if you ask for one and make the arrangements. You may schedule the inspection for before or after signing your contract. You may be able to negotiate with the seller to make the contract contingent on the results of the inspection. For this reason, it is usually in your best interest to conduct your home inspection as soon as possible if you want one. In a home inspection, a professional home inspector takes an in-depth, unbiased look at your potential new home to:

- ✓ **Evaluate the physical condition: structure, construction, and mechanical systems;**
- ✓ **Identify items that need to be repaired and**
- ✓ **Estimate the remaining useful life of the major systems, equipment, structure, and finishes.**

## The Appraisal is NOT a Home Inspection and does not replace an inspection.

An appraisal estimates the market value of the home to protect the lender. An appraisal does not examine or evaluate the condition of the home to protect the homebuyer. An appraisal only makes sure that that the home meets FHA and/or your lender's minimum property standards. A home inspection provides much more detail.

## FHA and Lenders may not Guarantee the Condition of your Potential New Home

If you find problems with your new home after closing, neither FHA nor your lender may give or lend you money for repairs. Additionally, neither FHA nor your lender may buy the home back from you. Ask a qualified home inspector to inspect your potential new home and give you the information you need to make a wise decision.

## Your Home Inspector may test for Radon, Health/Safety, and Energy Efficiency

EPA, HUD and DOE recommend that houses be tested and inspected for radon, health and safety, and energy efficiency, respectively. Specific tests are available to you. You may ask about tests with your home inspector, in addition to the structural and mechanical systems inspection. For more information: Radon — call 1-800-SOS-Radon; Health and Safety — see the HUD Healthy Homes Program at www.HUD.gov; Energy Efficiency — see the DOE EnergyStar Program at www.energystar.gov.

## Selecting a Trained Professional Home Inspector

Seek referrals from friends, neighbors, other buyers, realtors, as well as local listings from licensing authorities and local advertisements. In addition, consult the American Society of Home Inspectors (ASHI) on the web at: www.ashi.org or by telephone at: 1-800-743-2744.

☐ I/ ☒ We (check one) have read this document and understand that if I/we wish to get a home inspection, it is best do so as soon as possible. The appraisal is not a home inspection. I/we will make a voluntary choice whether to get a home inspection. A home inspection will be done only if I/we ask for one and schedule it. Your lender may not perform a home inspection and neither FHA nor your lender may guarantee the condition of the home. Health and safety tests can be included in the home inspection if I/we choose.

| | | |
|---|---|---|
| *(Signed)* **(Signed) Homebuyer** | 9/14/2021 \| 10:46 AM EDT | |
| **(Signed) Homebuyer** | Date | |
| | | DocuSigned by: |
| | | *Latasha White* |
| | | **(Signed) Homebuyer** 9/14/2021 \| 9:32 AM CD |
| | | Date |

Public reporting burden for this collection is estimated at an average of 30 minutes to review the instructions, find the information, and complete this form. The agency cannot conduct or sponsor a collection of information unless a valid OMB number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB numbers can be located on the OMB Internet page at http://www.whitehouse.gov/library/omb/OMBINVC.html - HUD if desired you can call 1-800-627-1000 to get information on where to send comments or suggestions about this form.



HUD-92564-CN (expiration)

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

# ADDENDUM TO THE AGREEMENT OF SALE

1   This Addendum shall be made a part of the Agreement of Sale between
    Isaiah Murfree    Lakesha White
2                                                           referred to as the Buyer(s) and
3   Chad J. Didomenico                                 referred to as the Seller(s) for the real property
4   commonly known as 970 Venezia Ave          in the City of Vineland          in the County of
5   Cumberland          and State of New Jersey, shown on the municipal tax map as: lot 73    in block 4505 .
6
7   **Real Estate Broker Representation Clause**
8   The Real Estate Broker(s) and the Real Estate Associate(s) who have participated in the sale, which is the subject
9   matter of this contract have received no training with respect to: toxic waste technology, radon technology, termite
10  technology, environmental technology, oil tanks both above ground or underground, heating, air conditioning,
11  electrical, structural, plumbing, construction, roofing and building technology including, but not limited to,
12  basement construction, wet basements or crawl spaces, mold issues, standing water on property, new or existing
13  public or private wells, public or private sewage disposal system(s), condominium or association related areas,
14  including but not limited to, rules, regulations, bi-laws, litigation or lawsuits, lot lines, surveys or any other area
15  which require expertise.  Therefore, the Real Estate Broker(s) and the Real Estate Associate(s) are not experts in
16  these very complex areas.  Accordingly, they are unable to counsel or advise the Seller(s) or Buyer(s) as to the scope
17  or extend of any of the problems that may arise.  The Seller(s) and Buyer(s) hereby acknowledge that they have been
18  advised, by way of this Addendum, by the Real Estate Broker(s) and the Real Estate Associate(s) who have
19  negotiated this contract, that it would be appropriate for the Seller(s) and Buyer(s) to contact such Investigators, of
20  their choice, pertaining to these areas as they deem necessary to protect their own interests.
21
22  The Seller(s) and Buyer(s) further agree to hold the Real Estate Broker(s) and the Real Estate Associate(s) who have
23  participated in this sale harmless and without liability as to problem which may arise out of the sale and purchase of
24  this property.  Upon receiving such notification from the Seller(s) as to their intention not to proceed with the
25  problem area(s), the Buyer(s) can waive the above contingency and elect to undertake the cost of mitigating these
26  problem areas at their own cost and expense.
27
28  We, the undersigned, have received, read and understand and acknowledge the Real Estate Broker Representation
29  Clause as written. All other terms and conditions of the original contract of sale shall remain in full force and effect.
30  This document shall survive settlement.
31
32  Attorney Review
33  **Study by Attorney:** The Buyer or the Seller may choose to have an attorney study this contract.  If an attorney is consulted, the
34  attorney must complete his or her review of the contract within a three-day period.  This contract will be legally binding at the
35  end of the three-day period unless an attorney for the Buyer(s) or the Seller(s) reviews and disapproves of the contract.
36  **Counting the Time:** You count the three days from the date of delivery of the signed contract to the Buyer(s) and the Seller(s).
37  You do not count Saturdays, Sundays or legal holidays. The Buyer(s) and the Seller(s) may agree in writing to extend the three-
38  day period for attorney review.
39  **Notice of Disapproval:** If an attorney for the Buyer(s) or the Seller(s) reviews and disapproves of this contract, the attorney must
40  notify the Broker(s) and the other party named in this contract within the three-day period otherwise this contract will be legally
41  binding as written.  The attorney must send the notice of disapproval to the Broker(s) by certified mail, by telegram or by
42  delivering it personally.  The telegram or certified letter will be effective upon sending.  The personal delivery will be effective
43  upon delivery to the Broker's office.  The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in
44  the contract that would make it satisfactory.
45
46  WITNESS:                                                                    9/14/2021 | 10:46 AM EDT
47  _____          _____ BUYER          _____
48                                    4CB00208519948F...                    Date
49                                                                          9/14/2021 | 9:32 AM CDT
50  _____          _____ BUYER          _____
51                                    B6F33BF9BEBA451...                    Date
52  _____          _____ SELLER          _____
53                                    Chad Didomenico                        Date
54                                    9/15/2021 1:42:28 AM GMT
55
56  _____          _____ SELLER          _____
57                                                                          Date

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

## HOLD HARMLESS

1   It is agreed between _____ Isaiah White _____ Lakesha White _____ referred to as the Buyer(s) and
2   Chad J. Didomenico _____ referred to as the Seller(s) that the following
3   amendments shall be added to the real estate sales contract made on 9/13/21 _____ for the real property commonly
4   known as 970 Venezia Ave _____ in the City of Vineland _____ in the County of
5   Cumberland _____ and State of New Jersey, shown on the municipal tax map as: lot 73 _____ in block 4505 .
6
7   I _____ Isaiah White _____ Lakesha white _____ have been advised by my Realtor®
8   that it is in my best interest to obtain the following services. I have, against the advice of my Realtor®, decided not
9   to obtain the services in the 'No' column. By signing this "Holds Harmless" **I DO HEREBY RELEASE** both my
10  Realtor® and his/her Brokerage from any and all claims, actions or demands whatsoever which may result from my
11  decision not to obtain these services.
12
13      Initials                                        Yes No
14  _____  _____            ◯  ◯  Water Testing (if applicable)
15
16  _____  _____            ◯  ◯  Septic Testing (if applicable)
17
18  _____  _____            ◯  ⊗  Radon Testing
19
20  _____  _____            ⊗  ◯  Pest Inspection
21
22  _____  _____            ⊗  ◯  Home Inspection
23
24  _____  _____            ◯  ⊗  Property Survey
25
26  _____  _____            ◯  ⊗  Home Warranty
27
28  _____  _____            ◯  ◯  Other (please describe):
29
30
31  Attorney Review
32  **Study by Attorney:** The Buyer or the Seller may choose to have an attorney study this contract. If an attorney is consulted, the
33  attorney must complete his or her review of the contract within a three-day period. This contract will be legally binding at the
34  end of the three-day period unless an attorney for the Buyer(s) or the Seller(s) reviews and disapproves of the contract.
35  **Counting the Time:** You count the three days from the date of delivery of the signed contract to the Buyer(s) and the Seller(s).
36  You do not count Saturdays, Sundays or legal holidays. The Buyer(s) and the Seller(s) may agree in writing to extend the three-
37  day period for attorney review.
38  **Notice of Disapproval:** If an attorney for the Buyer(s) or the Seller(s) reviews and disapproves of this contract, the attorney must
39  notify the Broker(s) and the other party named in this contract within the three-day period otherwise this contract will be legally
40  binding as written. The attorney must send the notice of disapproval to the Broker(s) by certified mail, by telegram or by
41  delivering it personally. The telegram or certified letter will be effective upon sending. The personal delivery will be effective
42  upon delivery to the Broker's office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in
43  the contract that would make it satisfactory.
44
45  WITNESS:
46  _____        _____                 9/14/2021 | 10:46 AM EDT
47                                DocuSigned by:
48  _____        4CB00208519948F...  **BUYER**          Date
49                                DocuSigned by:                        9/14/2021 | 9:32 AM CDT
50  _____        Lakesha White
51                                B6F33BF9BEBA451...  **BUYER**         Date
52
53  _____        _____  **BUYER**       Date
54
55  _____        _____  **BUYER**       Date
56

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

Contract No: _____



# Supreme Home Warranty Agreement/Invoice

**AMERICA'S PREFERRED** Home Warranty, Inc.
To obtain a Contract Number or to order a Warranty - C: 1.800.648.5006 | F: 1.888.479.2652 | APHW • 5775 Ann Arbor Rd. • Jackson, MI 49201 | APHW.COM | aphwoffice@aphw.com

**IMPORTANT: FOR SERVICE CALL: 1.800.648.5006. NO PAYMENT OR REIMBURSEMENT FOR SERVICES PERFORMED WITHOUT PRIOR APPROVAL.**

~ Please be sure to fill in all applicable areas of information. ~

**Seller's Name**
Chad J. Didomenico

**Property Address No. & Street**
970 Venezia Ave

| City | State | County | Zip |
|------|-------|--------|-----|

**Phone #**

**Seller's E-mail**

**Buyer's Name**
Isaiah White        Lakesha white

**Phone #**

**Buyer's E-mail**
lakeshawalker11@gmail.com

**Real Estate Office**
Keller Williams Realty Cumberland County

**Address**
1103 S. Delsea Drive

| City | State | Zip |
|------|-------|-----|
| Vineland | NJ | 08360 |

| Phone # | Fax # |
|---------|-------|
| 856-362-5072 | 856-691-6000 |

**Real Estate Agent**     **Agent's E-mail**
Lisa A. Luster        lisaluster@kw.com

**Closing Date**      **Listing date**

BOTH PARTIES AGREE THAT THE OBLIGATIONS FOR REPAIR OR SERVICE UNDER THIS AGREEMENT ARE SOLELY THOSE OF THE SERVICE PROVIDER AND ARE NOT THE OBLIGATION OF ANY REAL ESTATE FIRM. SEE ADDITIONAL TERMS AND CONDITIONS ON THE PREVIOUS PAGES.

SELLER AND BUYER ACKNOWLEDGE BY SIGNATURE OR PAYMENT THAT HE OR SHE HAS READ, UNDERSTANDS AND ACCEPTS THIS SUPREME HOME WARRANTY AGREEMENT INCLUDING ALL SERVICE AGREEMENT TERMS AND CONDITIONS.

Seller(s) Signature(s) X _____ Date _____
X _____ Date _____
Buyer(s) Signature(s) X _____ Date _____
X _____ Date _____

**WAIVER**
Applicant has reviewed the Supreme Home Warranty Agreement and hereby declines coverage. Applicant agrees to hold the real estate broker and agent harmless in the event of a significant mechanical failure which otherwise would have been covered under the Supreme Home Warranty Agreement.

Seller(s) Signature(s) X *Chad Didomenica* Date
Buyer(s) Signature(s) X *Isaiah White* 9/14/2021 1:42:30 AM GMT     9/14/2021 | 10:46 CDT
*Lakesha White*
B6F33B7B9DEBA431...     9/14/2021 | 9:32 AM CDT

## HOUSING TYPE (Please Check One)
- ☐ Single/Family
- ☐ Condo/Townhouse
- ☐ Duplex (2 warranties)
- ☐ Triplex (3 warranties)
- ☐ Fourplex (4 warranties)
- ☐ New Home Construction
- ☐ Manufactured Home   Year Manufactured
- ☐ Foreclosed/Repossessed Home**
- **See Terms and Conditions "General #9"

## PLAN OPTIONS (Please Check One)
- ☐ **Buyer's Premier Coverage Plan** ........................... $685
  Standard Coverage Items + Buyer Preferred Upgrade + Washer & Dryer Coverage + $50 Deductible

**Single Family - One Year:**
- ☐ $100 Deductible ........................................... $425
- ☐ $50 Deductible ............................................ $460

**Single Family - Two Year:**
- ☐ $100 Deductible ........................................... $799

**Condo/Townhouse Plan - One Year:**
- ☐ $75 Deductible ............................................ $399

**New Construction Plan for Buyers - Three Years:**
- ☐ $75 Deductible ............................................ $550
  Coverage begins 366 days after closing and continues for three years.

**Multi-family Unit Plans ($75 Deductible):**
- ☐ Duplex (2 warranty agreements) ........................... $770
- ☐ Triplex (3 warranty agreements) ........................ $1,074
- ☐ Fourplex (4 warranty agreements) ...................... $1,380

## BUYER COVERAGE OPTIONS (Check All That Apply)
- ☐ Buyer Preferred Upgrade .....$140 x ____ yrs. = $____
  *Important: If the Buyer Preferred Upgrade has been selected and the property is a multiple family dwelling, the upgrade package must be purchased for each unit.*
- ☐ Pool/Spa ........................... $185 x ____ yrs. = $____
- ☐ Premium Salt Water/Pool/Spa ............. $345 x ____ yrs. = $____
- ☐ Jetted Bathtub ..................... $125 x ____ yrs. = $____
- ☐ Clothes Washer & Dryer ........ $85 x ____ yrs. = $____
- ☐ Water Softener ..................... $85 x ____ yrs. = $____

## SELLER'S COVERAGE
- ☐ Seller Preferred Upgrade ............................... $75

Plan Cost(s) ......................... $ _____
Option Cost(s) ...................... $ _____
Total ..................................... $ _____

**PLEASE REMIT PAYMENT TO:**
**AMERICA'S PREFERRED HOME WARRANTY**
**P.O. BOX 772150 | DETROIT, MI 48277-2150**

APHW0118425E - DL

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



### NEW JERSEY REALTORS®
## ADDENDUM REGARDING BUYER'S PROPERTY SALE CONTINGENCY

©2016 NEW JERSEY REALTORS®, INC.

1  This Addendum is attached to and made a part of the New Jersey Realtors® Standard Form of Real Estate Sales
2  Contract, Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.
3
4
5  This Contract is contingent upon the sale of Buyer's property (or properties) located at  4 Du Mont Dr. Millville, NJ 08332
6
7  on or before 11/1/21 _____ (date) ("Buyer's Property").
8
9
10 **(A)  IF BUYER'S PROPERTY UNDER CONTRACT:**
11
12 If Buyer's Property presently is the subject of a contract of sale, Buyer agrees to provide a copy of the contract of sale to Brokers and to
13 Seller at the time of signing of this Contract, to notify Brokers and Seller of any material change in the status of the contract of sale and,
14 if a closing date is set, within three (3) business days of setting the date for the closing.
15
16
17 **(B)  IF BUYER'S PROPERTY NOT UNDER CONTRACT:**
18
19 If Buyer's Property is not the subject of a contract of sale, Buyer represents that Buyer's Property is or will be listed for sale with a licensed
20 real estate broker within five (5) business days after the attorney-review period is completed or, if this Contract is timely disapproved by an
21 attorney as provided in the Attorney-Review Clause Section of this Contract, then within five (5) business days after the parties agree to the
22 terms of this Contract. A copy of the executed Listing Agreement will be provided to Brokers and Seller within three (3) business days of its
23 execution. Buyer agrees to use best efforts to cause the property to be sold, including but not limited to listing the property at a reasonable
24 price and on reasonable terms and submitting it to a prominent multiple listing service serving the community in which Buyer's Property
25 is located. If Buyer enters into a contract of sale for Buyer's Property, Buyer shall provide to Brokers and Seller the contract of sale within
26 three (3) business days of delivery of the fully executed Contract of Sale to Buyer and to notify Brokers and Seller of any material change
27 in the status of the contract of sale and, if a closing date is set, the date of the closing within three (3) business days of when the date for
28 closing is set. If the contract of sale for Buyer's Property is terminated for any reason that is beyond Buyer's control and through no fault of
29 Buyer, then this Contract shall become null and void unless otherwise agreed to in writing by Buyer and Seller. If Buyer does not enter into
30 such a contract of sale on or before _____ (date), this Contract shall be null and void unless Buyer has delivered to Brokers
31 and Seller a written waiver of this contingency, which shall include written financial information clearly evidencing Buyer's financial ability
32 to close this transaction, or Seller agrees, in Seller's sole discretion, in writing to extend the time period(s) set forth in this contingency.
33
34 Seller shall have the right to continue to market the Property for sale to another buyer until such time as Buyer provides a contract of sale
35 to Brokers and Seller for the sale of Buyer's Property. If Seller receives an acceptable offer to purchase the Property prior to receiving
36 from Buyer a contract of sale for the purchase of Buyer's Property, then Seller shall notify Buyer of the offer and Buyer will have two (2)
37 business days to deliver to Brokers and Seller a written waiver of this contingency, which shall include written financial information clearly
38 evidencing Buyer's financial ability to close this transaction. If such a waiver and financial information is not timely provided, then Seller,
39 in Seller's sole discretion, may declare this Contract null and void, in which case all deposit monies shall be returned to Buyer and Seller
40 shall have no further liability to Buyer.
41
42
43 **(C)  IF CLOSING ON BUYER'S PROPERTY DELAYED:**
44
45 If the closing on the sale of Buyer's Property has to be delayed either because a lender does not timely provide documents through no
46 fault of Buyer or for three (3) business days because of the change of terms as required by the Consumer Financial Protection Bureau, the
47 Closing with Seller shall be delayed to allow Buyer to close on Buyer's Property before the Closing.
48
49
50
51
52
53
54
55
56
57



New Jersey Realtors® Addendum Regarding Buyer's Property Sale Contingency 8/16 Page 1 of 2

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

WITNESS:

_____     [signature]                          9/14/2021 | 10:46 AM
                                    4CB00208519948F...  BUYER               Date

_____     Lakesha White                        9/14/2021 | 9:32 AM
                                    B6F33BF9BEBA451...  BUYER               Date

_____     _____     _____
                                              BUYER                        Date

_____     _____     _____
                                              BUYER                        Date

_____     Chad Didomenico                       _____
                                    9/15/2021 1:42:32 PM EDT SELLER          Date

_____     _____     _____
                                              SELLER                       Date

_____     _____     _____
                                              SELLER                       Date

_____     _____     _____
                                              SELLER                       Date

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

## DISCLOSURE REGARDING MOLD

1  It is agreed between _____Isaiah White_____ _____Lakesha White_____ referred to as the Buyer(s) and
2  _____Chad J Didomenico_____ referred to as the Seller(s) that the following
3  amendments shall be added to the real estate sales contract made on _9/13/21_ for the real property commonly
4  known as _970 Venenzia_ in the City of _Vineland_ in the County of
5  _Cumberland_ and State of New Jersey, shown on the municipal tax map as: lot _73_ in block _4505_.
6
7  **Seller Disclosure:** To the best of Sellers' actual knowledge, Sellers represent:
8     **A.** The Property described herein ☐ has ☒ has not been previously tested for molds. If answer to (A) is
9     "has not" then skip (B) and (C) and go to Section 2. If answer to (A) is "has", then complete (B) and (C).
10    **B.** The molds found ☐ were ☐ were not identified as toxic molds.
11    **C.** With regard to any molds found, measures ☐ were ☐ were not taken to remove those molds.
12
13 **Mold Inspection:** Molds, funguses, mildew and similar organisms may exist in the Property of which the Seller is
14 unaware and has no actual knowledge. These contaminants generally grow in places where there is excessive
15 moisture, such as where leakage may have occurred in roofs, pipes, walls and plant pots, or where there has been
16 flooding. A professional home inspection may not disclose molds. Buyers are strongly encouraged to and may wish
17 to obtain an inspection specifically for molds to more fully determine the condition of the Property and its
18 environmental status. Neither Sellers' agents nor Buyers' agents are experts in the field of mold.
19
20 **Hold Harmless:** Buyers make the decision to purchase the property independent of any representation of the
21 Agents, Brokers or Attorneys involved in the transaction regarding mold. Accordingly, Buyers agree to indemnify
22 and hold **Keller Williams Realty and its agent(s)** harmless in the event any mold is present on the Property.
23
24 **Receipt of Copy:** Sellers and Buyers have read this disclosure and by their signatures hereon acknowledge receipt
25 of a copy thereof.
26
27 **Professional Advice:** Sellers and Buyers execute this Disclosure with the understanding that they should consult
28 with a professional of their choice regarding any questions or concerns before its execution.
29
30
31 WITNESS:
32                                        9/14/2021 | 1:53 PM EDT
33                               BUYER           Date
34                                          9/14/2021 | 10:32 AM CDT
35    _Lakesha White_
36                               BUYER           Date
37
38                               BUYER           Date
39
40
41
42                               BUYER           Date
43
44    _Chad Didomenico_
45    9/15/2021 1:42:34 AM GMT     SELLER          Date
46
47
48                               SELLER           Date
49
50
51                               SELLER           Date
52
53
54                               SELLER           Date

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

## ADDENDUM REGARDING INSPECTIONS

1    This Addendum is attached to and made part of the New Jersey REALTORS® Standard Form of Real Estate Sales Contract, Form 118 (the
2    "Contract"). If this Amendment conflicts with the Contract or any referenced Addendum attached to the Contract; this Addendum shall control.
3    (Note: Items with a check mark are applicable to this agreement of sale. Items without a check mark are not applicable to this agreement of sale.)

4
5    [X] **CERTIFICATE OF OCCUPANCY**: With reference to Provision 9 of the Contract, Certificate of Occupancy and Zoning Compliance,
6    Buyer and Seller agree that the __seller__ will pay for the Certificate of Occupancy inspection and the __seller__ will pay up to __$50.00__ total
7    toward the cost of treatment and/or repair. Should the actual cost exceed this amount, the difference may be negotiated between the Buyer(s) and
8    Seller(s). If neither party will pay the difference, contract may be declared null and void with all deposit monies being returned to the buyer(s).

9
10    [ ] **RADON TESTING**: With reference to Item B under Provision 16 of the Contract, Inspection Contingency Clause, Buyer and Seller agree
11    that the _____ will pay for the radon inspection and the _____ will pay up to _____ total toward the cost of treatment and/or repair of the
12    damage. Should the actual cost exceed this amount, the difference may be negotiated between the Buyer(s) and Seller(s). If neither party will pay
13    the difference, contract may be declared null and void with all deposit monies being returned to the buyer(s).

14
15    [X] **WOOD BORING INSECT INSPECTION**: With reference to Item C under Provision 16 of the Contract, Inspection Contingency Clause,
16    Buyer and Seller agree that the __buyers__ will pay for the wood boring insect inspection and the __buyers__ will pay up to __500.00__ total toward the
17    cost of treatment and/or repair of the damage. Should the actual cost exceed this amount, the difference may be negotiated between the Buyer(s)
18    and Seller(s). If neither party will pay the difference, contract may be declared null and void with all deposit monies being returned to the
19    buyer(s). **Note**: If the Seller can provide evidence that the property is currently under warranty or has been treated previously by a licensed Pest
20    Control company, then Buyer agrees to accept the certification from that firm who will be the one issuing the warranty and/or certification.

21
22    [X] **HOME INSPECTION**: With reference to Item D under Provision 16 of the Contract, Inspection Contingency Clause, Buyer and
23    Seller agree that the Buyer will pay for a home inspection and the __buyers__ will pay up to __500.00__ total toward the cost of repair of the damage.
24    Should the actual cost exceed this amount, the difference may be negotiated between the Buyer(s) and Seller(s). If neither party will pay the
25    difference, contract may be declared null and void with all deposit monies being returned to the buyer(s).

26
27    [ ] **PRIVATE WELL TESTING**: With reference to New Jersey Realtors® Addendum Regarding Private Well Testing, Buyer and Seller agree
28    that the _____ will pay for a water test and the _____ will pay up to _____ total toward the cost to cure or correct unsatisfactory
29    conditions in the water test results in order to obtain a certification. Should the actual cost exceed this amount, the difference may be negotiated
30    between the Buyer(s) and Seller(s). If neither party will pay the difference, contract may be declared null and void with all deposit monies being
31    returned to the buyer(s).

32
33    [ ] **PRIVATE SEWAGE DISPOSAL TESTING**: With reference to New Jersey Realtors® Addendum Regarding Private Sewage Disposal
34    (Other Than Cesspool), Buyer and Seller agree that the _____ will pay for a septic system inspection and the _____ will pay up to _____
35    total toward the cost of repairs and certification. Should the actual cost exceed this amount, the difference may be negotiated between the
36    Buyer(s) and Seller(s). If neither party will pay the difference, contract may be declared null and void with all deposit monies being returned to
37    the buyer(s). _____ agrees to pay for system pump out at the time of inspection.

38
39    [X] **APPRAISAL REPAIRS AND/OR CERTIFICATIONS**: Should any repairs or certifications be cited on the mortgage or bank's appraisal,
40    the __buyers__ will agree to pay up to __500.00__ toward the cost of certifications and/or correcting said repairs. Should the actual cost exceed
41    this amount, the difference may be negotiated between the Buyer(s) and Seller(s). If neither party will pay the difference, contract may be
42    declared null and void with all deposit monies being returned to the buyer(s).

| | | | | |
|---|---|---|---|---|
| | | *[signature]* DocuSigned by: | | 9/14/2021 \| 10:46 AM EDT |
| 45 | WITNESS | 4CB0020B519948F...   BUYER | | Date |
| 47 | | *[signature]* Lakesha White DocuSigned by: | | 9/14/2021 \| 9:32 AM CDT |
| 48 | WITNESS | B6F33BF9BEBA451...   BUYER | | Date |
| 51 | WITNESS | BUYER | | Date |
| 54 | WITNESS | BUYER | | Date |
| 57 | WITNESS | *[signature]* Chad Didomenico Authentisign 9/15/2021 1:42:35 AM GMT SELLER | | Date |
| 60 | WITNESS | SELLER | | Date |
| 63 | WITNESS | SELLER | | Date |
| 66 | WITNESS | SELLER | | Date |

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053



# SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

©2012, New Jersey Realtors®, Inc.

1  Property Address: __970 Venezia Ave__
2
3  __Vineland, NJ 08361__
4
5  Seller: __Chad DiDomenico__
6
7  _____
8

9  The purpose of this Disclosure Statement is to disclose, to the best of Seller's knowledge, the condition of the Property, as of the date set
10 forth below. The Seller is aware that he or she is under an obligation to disclose any known material defects in the Property even if not
11 addressed in this printed form. Seller alone is the source of all information contained in this form. All prospective buyers of the Property
12 are cautioned to carefully inspect the Property and to carefully inspect the surrounding area for any off-site conditions that may adversely
13 affect the Property. Moreover, this Disclosure Statement is not intended to be a substitute for prospective buyer's hiring of qualified ex-
14 perts to inspect the Property.

15
16 If your property consists of multiple units, systems and/or features, please provide complete answers on all such units, systems and/or
17 features even if the question is phrased in the singular, such as if a duplex has multiple furnaces, water heaters and fireplaces.
18
19

20 **OCCUPANCY**
21 Yes     No      Unknown
22          [ ]         1.   Age of House, if known  __18 yrs__
23 [✓]    [ ]            2.   Does the Seller currently occupy this property?
24                            If not, how long has it been since Seller occupied the property? _____
25                      3.   What year did the Seller buy the property?  __2014__
26 [ ]    [ ]           3a.  Do you have in your possession the original or a copy of the deed evidencing your ownership of the
27                            property? If "yes," please attach a copy of it to this form.
28

29 **ROOF**
30 Yes     No      Unknown
31          [ ]         4.   Age of Roof, if known  __7 yrs__
32 [✓]    [ ]            5.   Has roof been replaced or repaired since Seller bought the property?
33 [ ]    [✓]            6.   Are you aware of any roof leaks?
34                      7.   Explain any "yes" answers that you give in this section:  __Roof replaced__
35                            __in 2015__
36

37 **ATTIC, BASEMENTS AND CRAWL SPACES (Complete only if applicable)**
38 Yes     No      Unknown
39 [✓]    [ ]            8.   Does the property have one or more sump pumps?
40 [ ]    [✓]           8a.  Are there any problems with the operation of any sump pump?
41 [ ]    [✓]            9.   Are you aware of any water leakage, accumulation or dampness within the basement or crawl spaces
42                            or any other areas within any of the structures on the property?
43 [ ]    [✓]           9a.  Are you aware of the presence of any mold or similar natural substance within the basement or crawl
44                            spaces or any other areas within any of the structures on the property?
45 [ ]    [✓]           10.  Are you aware of any repairs or other attempts to control any water or dampness problem in the base-
46                            ment or crawl space? If "yes," describe the location, nature and date of the repairs:
47                            _____
48 [ ]    [✓]           11.  Are you aware of any cracks or bulges in the basement floor or foundation walls? If "yes," specify
49                            location: _____
50

New Jersey REALTORS®  Form-140-10/2019  Page 1 of 9



Coldwell Banker Excel Realty, 1100 E Landis Ave Vineland NJ 08360                     Phone: (856)696-1111        Fax: (856)205-1554        sample
Nina Schroeder                          Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com  Phone: Fax:

| 51 | [ ] | [✓] | | 12. Are you aware of any restrictions on how the attic may be used as a result of the manner in which |
| 52 | | | | the attic or roof was constructed? |
| 53 | [ ] | [✓] | | 13. Is the attic or house ventilated by: __ a whole house fan? __ an attic fan? |
| 54 | [ ] | [ ] | N/A | 13a. Are you aware of any problems with the operation of such a fan? |
| 55 | | | | 14. In what manner is access to the attic space provided? |
| 56 | | | | ✗ staircase __ pull down stairs __ crawl space with aid of ladder or other device |
| 57 | | | | other ____ |
| 58 | | | | 15. Explain any "yes" answers that you give in this section: |
| 59 | | | | ____ |
| 60 | | | | ____ |
| 61 | | | | |

## TERMITES/WOOD DESTROYING INSECTS, DRY ROT, PESTS

| 63 | Yes | No | Unknown | |
| 64 | [ ] | [✓] | | 16. Are you aware of any termites/wood destroying insects, dry rot, or pests affecting the property? |
| 65 | [ ] | [✓] | | 17. Are you aware of any damage to the property caused by termites/wood destroying insects, dry rot, or |
| 66 | | | | pests? |
| 67 | [ ] | [✓] | | 18. If "yes," has work been performed to repair the damage? |
| 68 | [ ] | [✓] | | 19. Is your property under contract by a licensed pest control company? If "yes," state the name and ad- |
| 69 | | | | dress of the licensed pest control company: ____ |
| 70 | | | | |
| 71 | [ ] | [✓] | | 20. Are you aware of any termite/pest control inspections or treatments performed on the property in the |
| 72 | | | | past? |
| 73 | | | | 21. Explain any "yes" answers that you give in this section: |
| 74 | | | | ____ |
| 75 | | | | ____ |
| 76 | | | | |

## STRUCTURAL ITEMS

| 78 | Yes | No | Unknown | |
| 79 | [ ] | [✓] | | 22. Are you aware of any movement, shifting, or other problems with walls, floors, or foundations, in- |
| 80 | | | | cluding any restrictions on how any space, other than the attic or roof, may be used as a result of the |
| 81 | | | | manner in which it was constructed? |
| 82 | [ ] | [✓] | | 23. Are you aware if the property or any of the structures on it have ever been damaged by fire, smoke, |
| 83 | | | | wind or flood? |
| 84 | [ ] | [✓] | | 24. Are you aware of any fire retardant plywood used in the construction? |
| 85 | [ ] | [✓] | | 25. Are you aware of any current or past problems with driveways, walkways, patios, sinkholes, or re- |
| 86 | | | | taining walls on the property? |
| 87 | [ ] | [✓] | | 26. Are you aware of any present or past efforts made to repair any problems with the items in this sec- |
| 88 | | | | tion? |
| 89 | | | | 27. Explain any "yes" answers that you give in this section. Please describe the location and nature of |
| 90 | | | | the problem. |
| 91 | | | | ____ |
| 92 | | | | ____ |
| 93 | | | | |

## ADDITIONS/REMODELS

| 95 | Yes | No | Unknown | |
| 96 | [ ] | [✓] | | 28. Are you aware of any additions, structural changes or other alterations to the structures on the prop- |
| 97 | | | | erty made by any present or past owners? |
| 98 | [ ] | [✓] | [ ] | 29. Were the proper building permits and approvals obtained? Explain any "yes" answers you give in this |
| 99 | | | | section: |
| 100 | | | | ____ |
| 101 | | | | ____ |
| 102 | | | | |

## PLUMBING, WATER AND SEWAGE

| 104 | Yes | No | Unknown | |
| 105 | | | | 30. What is the source of your drinking water? |
| 106 | | | | Public ✗ Community System __ Well on Property __ Other (explain) ____ |
| 107 | [ ] | [ ] | N/A | 31. If your drinking water source is not public, have you performed any tests on the water? |
| 108 | | | | If so, when? ____ |
| 109 | | | | Attach a copy of or describe the results. ____ |
| 110 | [ ] | [✓] | | 32. Does the wastewater from any clothes washer, dishwasher, or other appliance discharge to any loca- |

New Jersey REALTORS® Form-140-10/2019   Page 2 of 9

| | | | |
|---|---|---|---|
| 111 | | | tion other than the sewer, septic, or other system that services the rest of the property? |
| 112 | | [ ] | 33. When was well installed? |
| 113 | | [ ] | Location of well? |
| 114 | [ ] | [ ] | 34. Do you have a softener, filter, or other water purification system? __ Leased __ Owned |
| 115 | | | 35. What is the type of sewage system? |
| 116 | | | X Public Sewer __ Private Sewer __ Septic System __ Cesspool __ Other (explain): _____ |
| 117 | [ ] | [ ] | 36. If you answered "septic system," have you ever had the system inspected to confirm that it is a true |
| 118 | | | septic system and not a cesspool? |
| 119 | | [ ] | 37. If Septic System, when was it installed? |
| 120 | | | Location? |
| 121 | | [ ] | 38. When was the Septic System or Cesspool last cleaned and/or serviced? |
| 122 | [ ] | [ ] | [ ] | 39. Are you aware of any abandoned Septic Systems or Cesspools on your property? |
| 123 | [ ] | [ ] | [ ] | 39a. If "yes," is the closure in accordance with the municipality's ordinance? (explain): |
| 124 | | | |
| 125 | [ ] | [✓] | 40. Are you aware of any leaks, backups, or other problems relating to any of the plumbing systems and |
| 126 | | | fixtures (including pipes, sinks, tubs and showers), or of any other water or sewage related problems? |
| 127 | | | If "yes," explain: |
| 128 | | | |
| 129 | [ ] | [✓] | 41. Are you aware of any shut off, disconnected, or abandoned wells, underground water or sewage |
| 130 | | | tanks, or dry wells on the property? |
| 131 | [ ] | [ ] | [ ] | 42. Is either the private water or sewage system shared? If "yes," explain: |
| 132 | | | |
| 133 | | | 43. Water Heater: __ Electric __ Fuel Oil X Gas |
| 134 | | [✓] | Age of Water Heater |
| 135 | [ ] | [✓] | 43a. Are you aware of any problems with the water heater? |
| 136 | | | 44. Explain any "yes" answers that you give in this section: |
| 137 | | | |
| 138 | | | |
| 139 | | | |

**HEATING AND AIR CONDITIONING**

| | | | |
|---|---|---|---|
| 140 | Yes | No | Unknown |
| 141 | | | |
| 142 | | | 45. Type of Air Conditioning: |
| 143 | | | __ Central one zone X Central multiple zone __ Wall/Window Unit __ None |
| 144 | | | 46. List any areas of the house that are not air conditioned: |
| 145 | | | |
| 146 | | [✓] | 47. What is the age of Air Conditioning System? |
| 147 | | | 48. Type of heat: __ Electric __ Fuel Oil X Natural Gas __ Propane __ Unheated __ Other |
| 148 | | | 49. What is the type of heating system? (for example, forced air, hot water or base board, radiator, steam |
| 149 | | | heat) forced air |
| 150 | | | 50. If it is a centralized heating system, is it one zone or multiple zones? |
| 151 | | | multiple |
| 152 | | [✓] | 51. Age of furnace _____ Date of last service: |
| 153 | | | 52. List any areas of the house that are not heated: |
| 154 | | | |
| 155 | [ ] | [✓] | [ ] | 53. Are you aware of any tanks on the property, either above or underground, used to store fuel or other |
| 156 | | | substances? |
| 157 | [ ] | [ ] | 54. If tank is not in use, do you have a closure certificate? |
| 158 | [ ] | [ ] | 55. Are you aware of any problems with any items in this section? If "yes," explain: |
| 159 | | | |
| 160 | | | |

**WOODBURNING STOVE OR FIREPLACE**

| | | | |
|---|---|---|---|
| 161 | | | |
| 162 | Yes | No | Unknown |
| 163 | [✓] | [ ] | 56. Do you have __ wood burning stove? __ fireplace? X insert? __ other |
| 164 | [✓] | [ ] | 56a. Is it presently usable? |
| 165 | [ ] | [ ] | [ ] | 57. If you have a fireplace, when was the flue last cleaned? |
| 166 | [ ] | [ ] | [ ] | 57a. Was the flue cleaned by a professional or non-professional? |
| 167 | [ ] | [ ] | [ ] | 58. Have you obtained any required permits for any such item? |
| 168 | [ ] | [✓] | [ ] | 59. Are you aware of any problems with any of these items? If "yes," please explain: |
| 169 | | | |
| 170 | | | |

New Jersey REALTORS® Form-140-10/2019 Page 3 of 9

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

## ELECTRICAL SYSTEM

| 171 | | | |
|---|---|---|---|
| 172 | Yes | No | Unknown |

173  60. What type of wiring is in this structure? __ Copper __ Aluminum __ Other ✗ Unknown

174  61. What amp service does the property have? __ 60 __ 100 __ 150 __ 200 __ Other ✗ Unknown

175  [✓]  [ ]  [ ]  62. Does it have 240 volt service? Which are present ✗ Circuit Breakers, __ Fuses or __ Both?

176  [ ]  [✓]  63. Are you aware of any additions to the original service?
177  If "yes," were the additions done by a licensed electrician? Name and address:
178  _____
179  _____

180  [ ]  [ ]  [ ]  64. If "yes," were proper building permits and approvals obtained?

181  [ ]  [✓]  65. Are you aware of any wall switches, light fixtures or electrical outlets in need of repair?
182  66. Explain any "yes" answers you give in this section:
183  _____
184  _____
185  _____

## LAND (SOILS, DRAINAGE AND BOUNDARIES)

| 186 | | | |
|---|---|---|---|
| 187 | Yes | No | Unknown |

188  [ ]  [✓]  67. Are you aware of any fill or expansive soil on the property?

189  [ ]  [✓]  68. Are you aware of any past or present mining operations in the area in which the property is located?

190  [ ]  [✓]  69. Is the property located in a flood hazard zone?

191  [ ]  [✓]  70. Are you aware of any drainage or flood problems affecting the property?

192  [ ]  [✓]  [ ]  71. Are there any areas on the property which are designated as protected wetlands?

193  [ ]  [✓]  72. Are you aware of any encroachments, utility easements, boundary line disputes, or drainage or other
194  easements affecting the property?

195  [ ]  [✓]  73. Are there any water retention basins on the property or the adjacent properties?

196  [ ]  [✓]  74. Are you aware if any part of the property is being claimed by the State of New Jersey as land pres-
197  ently or formerly covered by tidal water (Riparian claim or lease grant)? Explain:
198  _____
199  _____

200  [ ]  [✓]  75. Are you aware of any shared or common areas (for example, driveways, bridges, docks, walls, bulk-
201  heads, etc.) or maintenance agreements regarding the property?

202  76. Explain any "yes" answers to the preceding questions in this section:
203  _____
204  _____

205  [✓]  [ ]  77. Do you have a survey of the property?
206

## ENVIRONMENTAL HAZARDS

| 207 | | | |
|---|---|---|---|
| 208 | Yes | No | Unknown |

209  [ ]  [✓]  78. Have you received any written notification from any public agency or private concern informing you that
210  the property is adversely affected, or may be adversely affected, by a condition that exists on a property in
211  the vicinity of this property? If "yes," attach a copy of any such notice currently in your possession.

212  [ ]  [✓]  78a. Are you aware of any condition that exists on any property in the vicinity which adversely affects,
213  or has been identified as possibly adversely affecting, the quality or safety of the air, soil, water,
214  and/or physical structures present on this property? If "yes," explain:
215  _____
216  _____

217  [ ]  [✓]  79. Are you aware of any underground storage tanks (UST) or toxic substances now or previously pres-
218  ent on this property or adjacent property (structure or soil), such as polychlorinated biphenyl (PCB),
219  solvents, hydraulic fluid, petro-chemicals, hazardous wastes, pesticides, chromium, thorium, lead or
220  other hazardous substances in the soil? If "yes," explain:
221  _____
222  _____

223  [ ]  [✓]  80. Are you aware if any underground storage tank has been tested?
224  (Attach a copy of each test report or closure certificate if available).

225  [ ]  [✓]  [ ]  81. Are you aware if the property has been tested for the presence of any other toxic substances, such
226  as lead-based paint, urea-formaldehyde foam insulation, asbestos-containing materials, or others?
227  (Attach copy of each test report if available).

228  82. If "yes" to any of the above, explain:
229  _____
230  _____

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com  sample

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A
DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

| | | | |
|---|---|---|---|
| 231 | [ ] | [ ] | 82a. If "yes" to any of the above, were any actions taken to correct the problem? Explain: |
| 232 | | | |
| 233 | | | |
| 234 | [ ] | [✓] [ ] | 83. Is the property in a designated Airport Safety Zone? |
| 235 | | | |

**DEED RESTRICTIONS, SPECIAL DESIGNATIONS, HOMEOWNERS ASSOCIATION/CONDOMINIUMS AND CO-OPS**

| | Yes | No Unknown | |
|---|---|---|---|
| 236 | | | |
| 237 | | | |
| 238 | [ ] | [✓] | 84. Are you aware if the property is subject to any deed restrictions or other limitations on how it may be used due to its being situated within a designated historic district, or a protected area like the New Jersey Pinelands, or its being subject to similar legal authorities other than typical local zoning ordinances? |
| 239 | | | |
| 240 | | | |
| 241 | | | |
| 242 | [ ] | [✓] | 85. Is the property part of a condominium or other common interest ownership plan? |
| 243 | [ ] | [✓] | 85a. If so, is the property subject to any covenants, conditions, or restrictions as a result of its being part of a condominium or other form of common interest ownership? |
| 244 | | | |
| 245 | [ ] | [✓] | 86. As the owner of the property, are you required to belong to a condominium association or homeowners association, or other similar organization or property owners? |
| 246 | | | |
| 247 | [ ] | [✓] | 86a. If so, what is the Association's name and telephone number? |
| 248 | | | |
| 249 | [ ] | [✓] [ ] | 86b. If so, are there any dues or assessments involved? |
| 250 | | | If "yes," how much? |
| 251 | [ ] | [✓] | 87. Are you aware of any defect, damage, or problem with any common elements or common areas that materially affects the property? |
| 252 | | | |
| 253 | [ ] | [✓] | 88. Are you aware of any condition or claim which may result in an increase in assessments or fees? |
| 254 | [ ] | [✓] [ ] | 89. Since you purchased the property, have there been any changes to the rules or by-laws of the Association that impact the property? |
| 255 | | | |
| 256 | | | 90. Explain any "yes" answers you give in this section: |
| 257 | | | |
| 258 | | | |
| 259 | | | |

**MISCELLANEOUS**

| | Yes | No Unknown | |
|---|---|---|---|
| 260 | | | |
| 261 | | | |
| 262 | [ ] | [✓] | 91. Are you aware of any existing or threatened legal action affecting the property or any condominium or homeowners association to which you, as an owner, belong? |
| 263 | | | |
| 264 | [ ] | [✓] | 92. Are you aware of any violations of Federal, State or local laws or regulations relating to this property? |
| 265 | | | |
| 266 | [ ] | [✓] | 93. Are you aware of any zoning violations, encroachments on adjacent properties, non-conforming uses, or set-back violations relating to this property? If so, please state whether the condition is pre-existing non-conformance to present day zoning or a violation to zoning and/or land use laws. |
| 267 | | | |
| 268 | | | |
| 269 | | | |
| 270 | | | |
| 271 | [ ] | [✓] | 94. Are you aware of any public improvement, condominium or homeowner association assessments against the property that remain unpaid? Are you aware of any violations of zoning, housing, building, safety or fire ordinances that remain uncorrected? |
| 272 | | | |
| 273 | | | |
| 274 | [ ] | [✓] [ ] | 95. Are there mortgages, encumbrances or liens on this property? |
| 275 | [ ] | [✓] | 95a. Are you aware of any reason, including a defect in title, that would prevent you from conveying clear title? |
| 276 | | | |
| 277 | [ ] | [✓] | 96. Are you aware of any material defects to the property, dwelling, or fixtures which are not disclosed elsewhere on this form? (A defect is "material," if a reasonable person would attach importance to its existence or non-existence in deciding whether or how to proceed in the transaction.) If "yes," explain: |
| 278 | | | |
| 279 | | | |
| 280 | | | |
| 281 | | | |
| 282 | [ ] | [✓] | 97. Other than water and sewer charges, utility and cable tv fees, your local property taxes, any special assessments and any association dues or membership fees, are there any other fees that you pay on an ongoing basis with respect to this property, such as garbage collection fees? |
| 283 | | | |
| 284 | | | |
| 285 | | | 98. Explain any other "yes" answers you give in this section: |
| 286 | | | |
| 287 | | | |
| 288 | | | |
| 289 | | | |
| 290 | | | |

New Jersey REALTORS® Form-140-10/2019 Page 5 of 9

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com       sample

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

291 **RADON GAS** Instructions to Owners
292 By law (N.J.S.A. 26:2D-73), a property owner who has had his or her property tested or treated for radon gas may require that information
293 about such testing and treatment be kept confidential until the time that the owner and a buyer enter into a contract of sale, at which time
294 a copy of the test results and evidence of any subsequent mitigation or treatment shall be provided to the buyer. The law also provides that
295 owners may waive, in writing, this right of confidentiality. As the owner(s) of this property, do you wish to waive this right?

296 Yes  No
297 [✓] [ ]        *CD*        _____
298          (Initials)        (Initials)
299
300 If you responded "yes," answer the following questions. If you responded "no," proceed to the next section.
301
302 Yes   No ✓  Unknown
303 [ ]   [✓]          99. Are you aware if the property has been tested for radon gas? (Attach a copy of each test report if
304              available.)
305 [ ]   [✓]          100. Are you aware if the property has been treated in an effort to mitigate the presence of radon gas? (If
306              "yes," attach a copy of any evidence of such mitigation or treatment.)
307 [ ]   [✓]          101. Is radon remediation equipment now present in the property?
308 [ ]   [ ]          101a. If "yes," is such equipment in good working order?
309
310
311 **MAJOR APPLIANCES AND OTHER ITEMS**
312 The terms of any final contract executed by the Seller shall be controlling as to what appliances or other items, if any, shall be included
313 in the sale of the property. Which of the following items are present in the property? (For items that are not present, indicate "not ap-
314 plicable.")
315
316 Yes   No    Unknown  NA
317 [✓]   [ ]          [ ]  102. Electric Garage Door Opener
318 [✓]   [ ]          [ ]  102a. If "yes," are they reversible? Number of Transmitters   *1*
319 [ ]   [ ]    [ ]    [ ]  103. Smoke Detectors
320              __ Battery __ Electric ✗ Both  How many _____
321              __ Carbon Monoxide Detectors  How many ___
322              __ Location  *Bedrooms, hallways*
323 [ ]   [✓]          [ ]  104. With regard to the above items, are you aware that any item is not in working order?
324              104a. If "yes," identify each item that is not in working order or defective and explain the nature
325              of the problem: _____
326
327 [ ]   [✓]          [ ]  105. __ In-ground pool __ Above-ground pool __ Pool Heater __ Spa/Hot Tub
328 [ ]   [ ]    [ ]    [ ]  105a. Were proper permits and approvals obtained?
329 [ ]   [ ]          [ ]  105b. Are you aware of any leaks or other defects with the filter or the walls or other structural or
330              mechanical components of the pool or spa/hot tub?
331 [ ]   [ ]          [ ]  105c. If an in-ground pool, are you aware of any water seeping behind the walls of the pool?
332              106. Indicate which of the following may be included in the sale? (Indicate Y for yes N for no.)
333              [Y] Refrigerator
334              [Y] Range
335              [Y] Microwave Oven
336              [Y] Dishwasher
337              [N] Trash Compactor
338              [Y] Garbage Disposal
339              [N] In-Ground Sprinkler System
340              [Y] Central Vacuum System
341              [Y] Security System
342              [Y] Washer
343              [N] Dryer
344              [Y] Intercom
345              [Y] Other
346 [✓]   [ ]          [ ]  107. Of those that may be included, is each in working order?
347              If "no," identify each item not in working order, explain the nature of the problem:
348              _____
349              _____
350

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          sample

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

**SOLAR PANEL SYSTEMS**

By completing this section, Seller is acknowledging that the Property is serviced by a Solar Panel System, which means a system of solar panels designed to absorb the sunlight as a source of energy for generating electricity or heating, any and all inverters, net meter, wiring roof supports and any other equipment pertaining to the Solar Panels (collectively, the "Solar Panel System"). This information may be used, among other purposes, to prepare a Solar Panel Addendum to be affixed to and made a part of a contract of sale for the Property.

|  | Yes | No | Unknown | |
|---|---|---|---|---|
| 108. When was the Solar Panel System Installed? | | | [ ] | _____ |
| 109. Are SRECs available from the Solar Panel System? | [ ] | [ ] | | |
| 109a. If SRECs are available, when will the SRECs expire? | | | [ ] | _____ |
| 110. Is there any storage capacity on your Property for the Solar Panel System? | [ ] | [ ] | [ ] | |
| 111. Are you aware of any defects in or damage to any component of the Solar Panel System? If yes, explain: | [ ] | [ ] | | _____ |

112. <u>Choose one of the following three options:</u>

[ ]  112a. The Solar Panel System is financed under a power purchase agreement or other type of financing arrangement which requires me/us to make periodic payments to a Solar Panel System provider in order to acquire ownership of the Solar Panel System ("PPA")? If yes, proceed to <u>Section A</u> below.

[ ]  112b. The Solar Panel System is the subject of a lease agreement. If yes, proceed to <u>Section B</u> below.

[ ]  112c. I/we own the Solar Panel System outright. If yes, you do not have to answer any further questions.

**SECTION A - THE SOLAR PANEL SYSTEM IS SUBJECT TO A PPA**

[ ]  113. What is the current periodic payment amount? $_____

[ ]  114. What is the frequency of the periodic payments (check one)? [ ] Monthly [ ] Quarterly

[ ]  115. What is the expiration date of the PPA, which is when you will become the owner of the Solar Panel System? _____ ("PPA Expiration Date")

[ ] [ ]  116. Is there a balloon payment that will become due on or before the PPA Expiration Date?

[ ]  117. If there is a balloon payment, what is the amount? $_____

118. <u>Choose one of the following three options:</u>

[ ]  118a. Buyer will assume my/our obligations under the PPA at Closing.

[ ]  118b. I/we will pay off or otherwise obtain cancellation of the PPA as of the Closing so the Solar Panel System can be included in the sale free and clear.

[ ]  118c. I/we will remove the Solar Panel System from the Property and pay off or otherwise obtain cancellation of the PPA as of the Closing.

**SECTION B - THE SOLAR PANEL SYSTEM IS SUBJECT TO A LEASE**

[ ]  119. What is the current periodic lease payment amount? $_____

[ ]  120. What is the frequency of the periodic lease payments (check one)? [ ] Monthly[ ] Quarterly

[ ]  121. What is the expiration date of the lease? _____

122. <u>Choose one of the following two options:</u>

[ ]  122a. Buyer will assume our obligations under the lease at Closing.

[ ]  122b. I/we will obtain an early termination of the lease and will remove the Solar Panel System prior to Closing.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          sample

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

403  **ACKNOWLEDGMENT OF SELLER**
404  The undersigned Seller affirms that the information set forth in this Disclosure Statement is accurate and complete to the best of Seller's
405  knowledge, but is not a warranty as to the condition of the Property. Seller hereby authorizes the real estate brokerage firm representing
406  or assisting the Seller to provide this Disclosure Statement to all prospective buyers of the Property, and to other real estate agents. Seller
407  alone is the source of all information contained in this statement. If the Seller relied upon any credible representations of another, the
408  Seller should state the name(s) of the person(s) who made the representation(s) and describe the information that was relied upon.
409
410
411
412
413
414                                                                    9/8/2021
415  SELLER                                            DATE
416
417
418
419  SELLER                                            DATE
420
421
422
423  **EXECUTOR, ADMINISTRATOR, TRUSTEE**
424  (If applicable) The undersigned has never occupied the property and lacks the personal knowledge necessary to complete this Disclosure
425  Statement.
426
427
428
429                                                    DATE
430
431
432
433                                                    DATE
434
435
436
437
438  **RECEIPT AND ACKNOWLEDGMENT BY PROSPECTIVE BUYER**
439  The undersigned Prospective Buyer acknowledges receipt of this Disclosure Statement prior to signing a Contract of Sale pertaining to
440  this Property. Prospective Buyer acknowledges that this Disclosure Statement is not a warranty by Seller and that it is Prospective Buyer's
441  responsibility to satisfy himself or herself as to the condition of the Property. Prospective Buyer acknowledges that the Property may be
442  inspected by qualified professionals, at Prospective Buyer's expense, to determine the actual condition of the Property. Prospective Buyer
443  further acknowledges that this form is intended to provide information relating to the condition of the land, structures, major systems and
444  amenities, if any, included in the sale. This form does not address local conditions which may affect a purchaser's use and enjoyment of
445  the property such as noise, odors, traffic volume, etc. Prospective Buyer acknowledges that they may independently investigate such local
446  conditions before entering into a binding contract to purchase the property. Prospective Buyer acknowledges that he or she understands
447  that the visual inspection performed by the Seller's real estate broker/broker-salesperson/salesperson does not constitute a professional
448  home inspection as performed by a licensed home inspector.
449
450   ┌─DocuSigned by:
451                                                    9/14/2021 | 10:46 AM EDT
452
453  PROSPECTIVE BUYER                                 DATE
454   ┌─DocuSigned by:
455
456  Lakesha White                                    9/14/2021 | 9:32 AM CDT
457  PROSPECTIVE BUYER                                 DATE
458
459
460
461
462

New Jersey REALTORS®  Form-140-10/2019   Page 8 of 9

Authentisign ID: 42AE66C1-EEB6-423E-BA10-ECF5A365AC3A

DocuSign Envelope ID: D95750AE-6381-42DC-ABAF-11B7A4A7E053

463 **ACKNOWLEDGMENT OF REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**
464    The undersigned Seller's real estate broker/broker-salesperson/salesperson acknowledges receipt of the Property Disclosure Statement
465 form and that the information contained in the form was provided by the Seller.
466    The Seller's real estate broker/broker-salesperson/salesperson also confirms that he or she visually inspected the property with reason-
467 able diligence to ascertain the accuracy of the information disclosed by the seller, prior to providing a copy of the property disclosure
468 statement to the buyer.
469    The Prospective Buyer's real estate broker/broker-salesperson/salesperson also acknowledges receipt of the Property Disclosure State-
470 ment form for the purpose of providing it to the Prospective Buyer.

471
472                                                              9/13/21
473 SELLER'S REAL ESTATE BROKER/                        _____
474 BROKER-SALESPERSON/SALESPERSON:                     DATE
475
476
477
478 PROSPECTIVE BUYER'S REAL ESTATE BROKER/             _____
479 BROKER-SALESPERSON/SALESPERSON:                     DATE
480
481
482
483
484
485
486
487
488
489
490
491
492
493
494
495
496
497
498
499
500
501
502
503
504
505
506
507
508
509
510
511
512
513
514
515
516
517
518
519
520
521
522

New Jersey REALTORS® Form-140-10/2019 Page 9 of 9