UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on October 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**LAKESHA N. WALKER**
                                Debtor.

Case No. 19-29415 (JNP)

Judge: Jerrold N. Poslusny, Jr.

CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO THE MOTION TO SELL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 21, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been brought before the Court by Lee Perlman, Esquire attorney for Debtor, Lakesha N. Walker, upon a motion to sell property located at 4 Du Mont Drive, Millville, New Jersey (thereafter, the "Property") and Isabel C. Balboa, Chapter 13 Standing Trustee having filed a response, upon agreement with the Trustee and Debtor's Counsel, Lee Perlman, Esquire, and entry of the within Order, and for other and good cause shown:

**IT IS ORDERED** that Debtor is permitted to retain the amount of $35,000 in net proceeds from the sale of property; and

**IT IS FURTHER ORDERED** that Debtor is to remit the amount of $13,000 in net sale proceeds to the Chapter 13 Standing Trustee, which shall be paid as an additional base to non-priority unsecured creditors; and

**IT IS FURTHER ORDERED** that Debtor shall amended Schedules I and J within fourteen (14) days from the date of this Order; and

**IT IS FURTHER ORDERED** that Debtor shall file a modified plan within fourteen (14) days from the date of the Order.

| | |
|---|---|
| /s/ Lee M. Perlman | 10/20/2021 |
| Law Office of Lee M. Perlman | Date |
| Debtor's Attorney | |
| | |
| /s/ William H. Clunn, III | 10/20/2021 |
| William H. Clunn, III, Esquire | Date |
| Attorney for Isabel C. Balboa | |
| Chapter 13 Standing Trustee | |

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-29415-JNP

Lakesha N. Walker     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Oct 21, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakesha N. Walker, 4 Du Mont Drive, Millville, NJ 08332-9410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Lakesha N. Walker ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 7