Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−29415−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lakesha N. Walker
   aka Lakesha N. Milbourne
   4 Du Mont Drive
   Millville, NJ 08332

Social Security No.:
   xxx−xx−8165

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 5, 2022.

Dated: January 5, 2022
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lakesha N. Walker  
    Debtor

Case No. 19-29415-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 05, 2022     Form ID: plncf13     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lakesha N. Walker, 4 Du Mont Drive, Millville, NJ 08332-9410 |
| aty | + | Matthew Fissel, Brock and Scott, PLLC, 302 Fellowship Road, Mount Laurel, NJ 08054-1218 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | + | Lisa Luster, Keller Williams, 1103 S. Delsea Drive, Vineland, NJ 08360-6263 |
| 518995891 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518606007 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518510422 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 518510425 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519328414 | + | Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Mount Laurel, NJ 08054-1218 |
| 518510428 | #+ | Mr. Amazing Loans, 3960 Howard Hughes Parkway, Suite 490, Las Vegas, NV 89169-5973 |
| 518532205 | + | Nicholas V. Rogers, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518510434 | + | Uplift -Spirit, 801 El Camino Real, Menlo Park, CA 94025-4807 |
| 518608699 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518510435 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518510412 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Jan 05 2022 20:30:00 | Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518620725 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2022 20:31:00 | CARFINANCE CAPITAL, P O BOX 3807, COPPELL, TX 75019-5877 |
| 518510417 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jan 05 2022 20:31:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 518573886 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 20:35:37 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518510416 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 20:35:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564058 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-29415-JNP   Doc 75   Filed 01/07/22   Entered 01/08/22 00:17:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518510418 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518510419 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2022 20:35:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518510420 | + | Email/PDF: pa_dc_ed@navient.com | Jan 05 2022 20:56:34 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518579859 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 20:35:05 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518510421 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2022 20:31:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 518573854 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518510423 | + | Email/Text: Documentfiling@lciinc.com | Jan 05 2022 20:30:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518510426 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 05 2022 20:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518510427 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 20:35:05 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518510429 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 20:35:51 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518510430 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2022 20:35:37 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 518747718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518617907 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518510431 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 05 2022 20:35:56 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 518532250 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 05 2022 20:35:56 | Regional Acceptance Corporation, PO Box 1847, Wilson NC 27894-1847 |
| 518510432 | + | Email/Text: courts@southjerseyfcu.com | Jan 05 2022 20:31:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518564626 | + | Email/Text: courts@southjerseyfcu.com | Jan 05 2022 20:31:00 | South Jersey Federal Credit Union, 1615 Huffville Road, Deptford NJ 08096-6406 |
| 518510433 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 20:35:05 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518530597 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:19 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518510415 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste |

Case 19-29415-JNP    Doc 75    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| | | |
|---|---|---|
| | | 100, Boca Raton, FL 33431 |
| 518510413 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518510414 | *P++ | BLUEGREEN CORPORATION, MORTGAGE DEPT ATTN BANKRUPTCY, 4960 CONFERENCE WAY NORTH SUITE 100, BOCA RATON FL 33431-4413, address filed with court:, Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 518825420 | *+ | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518510424 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519012333 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012334 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Lakesha N. Walker ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 7